ANTHONY NESBIT PLAINTIFF PRO SE
T.C.C.F. #
295 HWY 49 South
Tutwiler, MS 38963
PLAINTIFFS pro se

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 03 2006
at 1 o'clock and 52 min. AM
SUE BEITIA, CLERK

# In the United States District Court
## For the District of Hawaii

| | |
|---|---|
| Anthony Nesbit<br>Plaintiff<br><br>Vs.<br>Dept of Public Safety,<br>State of Hawaii et. al.<br>Defendants | Civ. No. 03-00455 SOM-KSC<br>Consolidated<br><br>Plaintiffs Motion for time<br>enlargement for responding to<br>Defendants Motion for Summary<br>Judgement. |
| William Kotis<br>Plaintiff<br><br>vs.<br>State of Hawaii Dept<br>of Public Safety, et. al<br>Defendants | Civ. No. 04-00167 SOM-KSC<br>Consolidated |

## Plaintiffs Motion for Time Enlargement for responding to Defendants Motion for Summary Judgement.

Comes Now Plaintiffs Anthony Nesbit and William Kotis pro se informa pauperis to request from this Honnable Court to allow Plaintiffs enough time to adequate respond and Oppose Defendants Motion for Summary Judgement filed December 2, 2005. Plaintiffs have been granted in part Motion to Compel and are wanting to recieve documents and interrogatories, this evidence is also important in responding to defendants Motion for Summary Judgement as well as extra time to study this and litigate properly. Plaintiffs have also filed a Motion for Counsel as plaintiffs do not have the legal knowledge to adequately litigate a case as complex and confedential as this one. Plaintiffs wish to have ███ more time, to respond but will respond much sooner if Plaintiffs recieve discovery materials early or in the alternitive plaintiffs can respond in 2 parts sending their first Opposition to defendants Motion for Summary Judgement then when Plaintiffs recieve

the discovery Materials as Ordered then plaintiffs will send the 2nd part Final part in plaintiffs Opposition as soon as possible.

"     It may also be in the Best interest if the Court agrees that the trial date be reset as discovery has come close to the trial date as well as Plaintiffs Motion for Counsel.

Plaintiffs have presented a lot of evidence (exhibits) in through out their pleadings as well as many arguements through out their pleadings in Opposition to defendants motion to dismiss and in Support of their Claims.

Plaintiffs do have valid arguements and evidence to Oppose Defendants Declaration filed Dec 2, 2005 and wish to do this in their first response and Opposition to Defendants Motion for summary Judgement  Plaintiffs second part response will include Discovery Materials as well as arguements and cited Case law. the Discovery Material Ordered Dec 7, 2005 may take a bit longer for defendants to produce actually we do not know how long this will take But when plaintiffs receive it they will respond as quickly as possible ~~————~~ or in the alternative what ever the Honorable Court deems reasonable. also Plaintiffs filed a Motion in limine august 12th 2005 a hearing date for this has not been set. Plaintiffs have never acted as pro se litigators before Plaintiffs do not know how to prepare for trial or know how to write pretrial statement Briefs, Voir Dire issues or present there Evidence Plaintiff pray that this will Be Considered in decideing Counsel. Plaintiffs are surprised to have come this far having very little legal knowledge, plaintiffs believe strict Scrutiny applies here because issues implicate Equal protection laws.     Respectfully Submitted

December 26th ~~1st~~ 2005

Anthony Nesbet
Plaintiff pro se

page 2 of 2

Additional Information

Due to the Holidaise the Law Library has stopped all photo copies until afta Jan 1st 2006

Plantiff also request additional time to enter evidence such as documents and interrog atoryes the time for this ends Jan 17, 2006

Also time extensions for the following

pretrial statement
witnesses
proposed Exhibits
Depositions
Trial Briefs

Plantiff do not know when discovery order matterials will be provided by defendants as defendants have resisted discovery from the begening But Now it is ordered

Time extensions are necessary Considering all the Circumstances

Respectfully Submitted

Date Dec 26, ~~2006~~
2005

Anthony Nesbit
plantiff pro se

In the United States District Court
For the District of Hawaii

Anthony Nesbit
Plaintiff

Vs.
State of Hawaii
Dept of Public Safety
et al
Defendants

CIV. No. 03-00455 SOM-KSC
Consolidated

Certificate of Service

William J. Kotis
Plaintiff

Vs.
State of Hawaii
Dept of Public Safety
et al
Defendants

CIV. No. 04-00167 SOM-KSC
Consolidated

Certificate of Service

the Undersigned hereby Certifies that a copie of the foregoing
documents was served on the following at his/her last
known address via U.S. Mail postage prepaid as follows

Dept of Attorney General
John M. Cregor
425 Queen Street
Honolulu, Hawaii
Attorney for defendants

Dec 26th 2005

Anthony Nesbit
Plaintiff pro se