# MINITES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/4/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CV03-00455SOM-KSC
CV04-00167SOM-KSC
(CONSOLIDATED)

CASE NAME:   Anthony Nesbit vs. Department of Public Safety, et al.
William J. Kotis vs. Department of Public Safety, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Kevin S. C. Chang         REPORTER:

DATE:    1/4/2006                  TIME:

COURT ACTION:  EO: New trial date and other deadlines given.  Third Amended Rule 16 Scheduling Conference Order to be issued.

1.   Jury trial on May 23, 2006 at 9:00 a.m. before SOM
2.   Final Pretrial Conference on April 11, 2006 at 9:00 a.m. before KSC
3.   Final Pretrial Conference before District Judge N/A
4.   Final Pretrial Statement by April 4, 2006
5.   File motions to Join/Add Parties/Amend Pleadings by **(CLOSED)**
6.   File other Non-Dispositive Motions by **(CLOSED)**
7.   File Dispositive Motions by **(CLOSED)**
8a.  File Motions in Limine by May 2, 2006
8b.  File opposition memo to a Motion in Limine by May 9, 2006
11a. Plaintiff's Expert Witness Disclosures by **(CLOSED)**
11b. Defendant's Expert Witness Disclosures by **(CLOSED)**
12.  Discovery deadline **(CLOSED)**
13.  Settlement Conference set (on call)
14.  Settlement Conference statements by
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and

G:\docs\snm\Anthony Nesbit4,sa.wpd

|     |     |
| --- | --- |
|     | Jury Instructions by May 9, 2006 |
| 21. | File Final witness list by May 2, 2006 |
| 24. | Exchange Exhibit and Demonstrative aids by April 25, 2006 |
| 25. | Stipulations re: Authenticity/Admissibility of Proposed Exhibits by May 2, 2006 |
| 26. | File objections to the Exhibits by May 9, 2006 |
| 28a. | File Deposition Excerpt Designations by May 2, 2006 |
| 28b. | File Deposition Counter Designations and Objections by May 9, 2006 |
| 29. | File Trial Brief by May 9, 2006 |
| 30. | File Findings of Fact & Conclusions of Law by N/A |

Other Matters:
None.

Submitted by: Shari Afuso, Courtroom Manager

CV03-00455SOM-KSC
CV04-00167SOM-KSC
(CONSOLIDATED)
Anthony Nesbit vs. Department of Public Safety, et al.
William J. Kotis vs. Department of Public Safety, et al.
Third Amended Rule 16 Scheduling Conference Order
1/4/2006

G:\docs\snm\Anthony Nesbit4,sa.wpd