# In the United States District Court
## For the District of Hawaii

| | |
|---|---|
| Anthony Nesbit<br>Plaintiff<br>vs<br>Dept of Public Safety<br>State of Hawaii et. al.<br>Defendants | Civil No. 03-00455-SOM-KSC<br>Consolidated<br><br>Certificate of Service |
| William J. Kotis<br>Plaintiff<br>vs<br>Dept of Public Safety<br>State of Hawaii et. al.<br>Defendants | Civil No. 04-00167-SOM-KSC<br>Consolidated |

## Certificate of Service

I hereby Certify that a true and Correct Copy of the foregoing document was duly served by Mail on the following at his last known address via Mail postage pre paid.

John M. Cregor Jr.
Deputy Attorney General
425 Queen Street
Honolulu, Hawaii
Attorney for Defendants

January 6th, 2006

Anthony Nesbit
Plaintiff pro se