# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/20/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00455SOM-KSC <br> CV 04-00167SOM-KSC |
| CASE NAME: | Anthony Nesbit vs. State of HI, et al. <br> William Kotis vs. State of HI, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | |
| DATE: | 1/20/2006 | TIME: | |

COURT ACTION:  EO:

Plaintiffs' Request for Leave of Court to Supplement Their Concise Statement of Facts by February 16, 2006, is granted.

cc: all parties of record.

Submitted by: Toni Fujinaga, Courtroom Manager.