Anthony Nesbit & William Kotis
T.C.C.F. A-1
295 Hwy 49 South
Tutwiler, MS 38963
plaintiffs pro se

## In the United States District Court
### For the District of Hawaii

| | |
|---|---|
| Anthony Nesbit<br>Plaintiff<br>vs.<br>Dept of Public Safety<br>State of Hawaii et. al.<br>Defendants | Civ. No. 03-00455 SOM-KSC<br>Consolidated<br><br>Certificate of Service |
| William J. Kotis<br>Plaintiff<br>vs.<br>Dept of Public Safety<br>State of Hawaii et. al.<br>Defendants | Civ. No. 04-00167 DAE-LEK<br>Consolidated |

### Certificate of Service

The Undersigned hereby Certifies that a true and correct copy of the foregoing document was served on the following at his/her last known address via U.S. Mail, postage prepaid as follows:

Department of Attorney General
John M Cregor Jr.
425 Queen Street
Honolulu, Hawaii
Attorney for Defendants

Date Feb 1st 2006

Anthony Nesbit
Plaintiff pro se
Anthony Nesbit

Anthony Nesbit



Anthony Nesbit
Tallahatchie County Correctional Facility
295 U.S. Hwy., 49 South
P.O. Box 388
Tutwiler, MS 38963

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850 • 0338
CLERK
OFFICIAL BUSINESS

Legal Mail