# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/8/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CV03-00455SOM-KSC
                    CV04-00167SOM-KSC
                    (CONSOLIDATED)

CASE NAME:          Anthony Nesbit vs. Department of Public Safety, et al.
                    William J. Kotis vs. Department of Public Safety, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:

DATE:     2/8/2006                   TIME:

COURT ACTION:  EO: The court is in receipt of Plaintiffs' Motion for Discovery
Sanctions and 2nd Enlargement of Time With Exhibits filed on 2/7/06.  The court orders
Defendants to file a reply to said motion on or before 2/15/06 addressing all issues within.

The court further orders Defendants to provide a copy of the 11/29/05 Monica Lortz
declaration, which was attached to the 11/28/05 fax letter brief sent to court, which is also
in dispute in Plaintiffs' motion.

cc: all parties

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\snm\Anthony Nesbit4,sa.wpd