## STATE OF HAWAII
### DEPARTMENT OF PUBLIC SAFETY

**MEMORANDUM**

**AMENDED (2x)**

To: <u>All Concerned</u>            Date: <u>February 12, 2003</u>

From: <u>Monica Taira, FCC</u>       Reply Due: _____

Subject: <u>OCCC TRANSFERS</u>

The following inmate(s) will be transferred from HCF TO OCCC, TODAY, February 12, 2003. OCCC to transport.

**IN BOUND:**

| | | | |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | MU |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**The following inmates will be transferred: (IN HOUSE)**

| | | | |
|---|---|---|---|
| **RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO MOD 2 |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |
| **KAUI, Shane | A0215818 | MED | MOD A/Q1 TO MOD 1 |

**(NOTE: Housing changes)

NOTED AND FORWARDED:

_____     2·12·03
Chief of Security                Date

To all concerned parties, please make the appropriate arrangements.

c:  (28)
    Warden (2)              Deputy Warden         C. Morinaga
    CP-6                    Records (2)           UTMS (as applicable)
    Gate                    Business Manager      Receiving Facility (FAX)
    Business Office         Monica T
    Intake (2)              Medical
    Visit ACO               Library
    Transport ACO (3)       Education
    Commissary              Operatio

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

## MEMORANDUM

To: <u>All Concerned</u>

From: <u>Monica Taira, FCC</u>

Date: <u>February 11, 2003</u>

Reply Due: _____

Subject: <u>OCCC TRANSFERS</u>

The following inmate(s) will be transferred from HCF TO OCCC, TODAY, February 11, 2003. OCCC to transport.

**IN BOUND:**

| | | | |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | ~~MOD A/Q1~~ — MU(S) has broken leg/arm |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**The following inmates will be transferred: (IN HOUSE)**

| | | | |
|---|---|---|---|
| RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO MOD 2 |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |

NOTED AND FORWARDED:

_____  2-12-03
Chief of Security                Date

To all concerned parties, please make the appropriate arrangements.

c:  (28)
    Warden (2)
    CP-6
    Gate
    Business Office
    Intake (2)
    Visit ACO
    Transport ACO (3)
    Commissary

    Deputy Warden
    Records (2)
    Business Manager
    Monica Taira, FCC
    Medical Unit (2)
    Library
    Education
    Operations

    C. Morinaga
    UTMS (as applicable)
    Receiving Facility (FAX)
    Watch Captain
    Security
    SATC M. Chun
    Food Service
    KUULEI M.

[Memo-OCCC transfer]

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

**MEMORANDUM**  AMENDED

To: All Concerned                    Date: February 12, 2003

From: Monica Taira, FCC              Reply Due: _____

Subject: OCCC TRANSFERS

The following inmate(s) will be transferred from HCF TO OCCC, TODAY, February 12, 2003. OCCC to transport.

**IN BOUND:**

| Name | ID | | Housing |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | MU |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**The following inmates will be transferred: (IN HOUSE)**

| Name | ID | | Transfer |
|---|---|---|---|
| **RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO SHU-MED |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |
| **KAUI, Shane | A0215818 | MED | MOD A/Q1 TO SHU-MED |

**(NOTE: Housing changes)

NOTED AND FORWARDED:

_____     2-12-03
Chief of Security            Date

To all concerned parties, please make the appropriate arrangements.

c: (28)
Warden (2)           Deputy Warden          C. Morinaga
CP-6                 Records (2)            UTMS (as applicable)
Gate                 Business Manager       Receiving Facility (FAX)
Business Office      Monica Taira, FCC      Watch Captain
Intake (2)           Medical Unit (2)       Security
Visit ACO            Library                SATC M. Chun
Transport ACO (3)    Education              Food Service
Commissary           Operations             KUULEI M.

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MEMORANDUM**

**AMENDED (2x)**

To: <u>All Concerned</u>              Date: <u>February 12, 2003</u>

From: <u>Monica Taira, FCC</u>       Reply Due: _____

Subject: <u>OCCC TRANSFERS</u>

The following inmate(s) will be transferred from HCF TO OCCC, TODAY, February 12, 2003. OCCC to transport.

**IN BOUND:**

| | | | |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | MU |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**The following inmates will be transferred: (IN HOUSE)**

| | | | |
|---|---|---|---|
| **RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO MOD 2 |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |
| **KAUI, Shane | A0215818 | MED | MOD A/Q1 TO MOD 1 |

**(NOTE: Housing changes)

NOTED AND FORWARDED:

_____    2-12-03
Chief of Security          Date

To all concerned parties, please make the appropriate arrangements.

c:   (28)
   Warden (2)              Deputy Warden       C. Morinaga
   CP-6                    Records (2)         UTMS (as applicable)
   Gate                    Business Manager
   Business Office         Monica
   Intake (2)              Medical
   Visit ACO               Library
   Transport ACO (3)       Education
   Commissary              Operatio