**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

# MEMORANDUM

# AMENDED (2x)

To: <u>All Concerned</u>                Date: <u>February 12, 2003</u>

From: <u>Monica Taira, FCC</u>         Reply Due: _____

Subject: <u>OCCC TRANSFERS</u>

The following inmate(s) will be transferred from HCF TO OCCC, TODAY, February 12, 2003. OCCC to transport.

## IN BOUND:

| Name | ID | Class | Housing |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | MU |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

## The following inmates will be transferred: (IN HOUSE)

| Name | ID | Class | Housing |
|---|---|---|---|
| **RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO MOD 2 |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |
| **KAUI, Shane | A0215818 | MED | MOD A/Q1 TO MOD 1 |

**(NOTE: Housing changes)

NOTED AND FORWARDED:

_[signature]_                 2-12-03
Chief of Security              Date

To all concerned parties, please make the appropriate arrangements.

c:  (28)
    Warden (2)           Deputy Warden        C. Morinaga
    CP-6                 Records (2)          UTMS (as applicable)
    Gate                 Business Manager     Receiving Facility (FAX)
    Business Office      Monica T
    Intake (2)           Medical
    Visit ACO            Library
    Transport ACO (3)    Education
    Commissary           Operatio

Post-it® Fax Note  7671  Date 11/29  # of pages ▶ 4
To John Creson          From Gary Kaplan
Co./Dept. Civil Lights Lit   Co. HCF
Phone # 586-1369        Phone # 484-7219
Fax # 586-1369          Fax # 492-1281

## STATE OF HAWAII
## DEPARTMENT OF PUBLIC SAFETY

### MEMORANDUM

To: **All Concerned**

From: **Monica Taira, FCC**

Date: **February 11, 2003**

Reply Due: _____

Subject: **OCCC TRANSFERS**

The following inmate(s) will be transferred from HCF TO OCCC, TODAY, February 11, 2003. OCCC to transport.

### IN BOUND:

| | | | |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | ~~MOD A/Q1~~ mv (s) has broken leg/arm |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

### The following inmates will be transferred: (IN HOUSE)

| | | | |
|---|---|---|---|
| RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO MOD 2 |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |

NOTED AND FORWARDED:

_____   2-12-03
Chief of Security                Date

To all concerned parties, please make the appropriate arrangements.

c: (28)
Warden (2)
CP-6
Gate
Business Office
Intake (2)
Visit ACO
Transport ACO (3)
Commissary

Deputy Warden
Records (2)
Business Manager
Monica Taira, FCC
Medical Unit (2)
Library
Education
Operations

C. Morinaga
UTMS (as applicable)
Receiving Facility (FAX)
Watch Captain
Security
SATC M. Chun
Food Service
KUULEI M.

[Memo-OCCC transfer]

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

# MEMORANDUM    AMENDED

To: All Concerned                     Date: February 12, 2003

From: Monica Taira, FCC               Reply Due: _____

Subject: OCCC TRANSFERS

The following inmate(s) will be transferred from HCF TO OCCC, TODAY, February 12, 2003. OCCC to transport.

**IN BOUND:**

| | | | |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | MU |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**The following inmates will be transferred: (IN HOUSE)**

| | | | |
|---|---|---|---|
| **RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO SHU-MED |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |
| **KAUI, Shane | A0215818 | MED | MOD A/Q1 TO SHU-MED |

**(NOTE: Housing changes)

NOTED AND FORWARDED:

_[signature]_    2-12-03
Chief of Security        Date

To all concerned parties, please make the appropriate arrangements.

c: (28)
Warden (2)            Deputy Warden          C. Morinaga
CP-6                  Records (2)            UTMS (as applicable)
Gate                  Business Manager       Receiving Facility (FAX)
Business Office       Monica Taira, FCC      Watch Captain
Intake (2)            Medical Unit (2)       Security
Visit ACO             Library                SATC M. Chun
Transport ACO (3)     Education              Food Service
Commissary            Operations             KUULEI M.

# STATE OF HAWAII
## DEPARTMENT OF PUBLIC SAFETY

**MEMORANDUM**           **AMENDED (2x)**

To: All Concerned                    Date: February 12, 2003

From: Monica Taira, FCC              Reply Due: _____

Subject: OCCC TRANSFERS

The following inmate(s) will be transferred from HCF TO OCCC, TODAY, February 12, 2003. OCCC to transport.

**IN BOUND:**

| Name | ID | Class | Housing |
|---|---|---|---|
| BRIGHT, Charles | A0101101 | PARV | MU |
| GIBBS, Michael | A0741104 | PARV | MOD A/Q1 |
| DOLE, Calvin Jr. | A1049349 | RAD | MOD 1 |

**The following inmates will be transferred: (IN HOUSE)**

| Name | ID | Class | Housing |
|---|---|---|---|
| **RIVERA, Albert | A0240152 | MED | MOD A/Q1 TO MOD 2 |
| OMINE, Ricky | A0105898 | MED | MOD A/Q1 TO MOD 2 |
| NESBIT, Anthony | A0701329 | CLOSE | MOD 1 TO MOD C |
| SANTIAGO, Frank | A0130490 | CLOSE | MOD 1 TO MOD C |
| **KAUI, Shane | A0215818 | MED | MOD A/Q1 TO MOD 1 |

**(NOTE: Housing changes)

NOTED AND FORWARDED:

_____    2-12-03
Chief of Security                Date

To all concerned parties, please make the appropriate arrangements.

c: (28)
Warden (2)            Deputy Warden         C. Morinaga
CP-6                  Records (2)           UTMS (as applicable)
Gate                  Business Manager      Receiving Facility (FAX)
Business Office       Monica T
Intake (2)            Medical
Visit ACO             Library
Transport ACO (3)     Education
Commissary            Operation

Post-It® Fax Note  7671  Date 11/29  # of pages ▶ 4
To: John Creasor         From: Gary Kaplan
Co./Dept. Civil Rights Lit   Co. HCF
Phone #                  Phone # 484-7299
Fax # 586-1369           Fax # 482-1284