IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ANTHONY NESBIT, | CIVIL NO. 03-00455 SOM-KSC (Consolidated) |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | |
| DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAI`I, et. al. | |
| Defendants. | |
| WILLIAM KOTIS, | CIVIL NO. 04-00167 SOM-KSC (Consolidated) |
| Plaintiff, | |
| vs. | |
| STATE OF HAWAII DEPT. OF PUBLIC SAFETY, et. al. | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 10, 2006, a copy of the foregoing document was served on the following at their last known address via U.S. mail, postage prepaid as follows:

181731_1.DOC

Anthony nesbit #A0701329
CCA/Tallahatchie Correctional Center
295 US Highway 49 South
P. O. Box 388
Tutwiler, MS 38963

Plaintiff Pro Se

William Kotis #A0182281
CCA/Tallahatchie Correctional Center
295 US Highway 49 South
P. O. Box 388
Tutwiler, MS 38963

Plaintiff Pro Se

DATED: Honolulu, Hawaii, March 10, 2006.

_____
JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendants
DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII, JAMES L. PROPOTNICK, FRANK LOPEZ, EDWIN SHIMODA, NOLAN ESPINDA, ERIC TANAKA, RANDY ASHER, SGT. SAIA FINAU, CINDA SANDIN, MONICA LIRTZ, CHERYL ZEMBIK, LYLE KANOA, G. SHERIDAN, and DAVID APAO