# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

4/24/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 03-00455SOM-KSC |
| | CV 04-00167SOM-KSC |
| CASE NAME: | Anthony Nesbit vs. State of Hawaii, et al. |
| | William Kotis vs. State of Hawaii, et al . |
| ATTYS FOR PLA: | Anthony Nesbit (by phone) |
| | William Kotis (by phone) |
| ATTYS FOR DEFT: | John Cregor |
| | Tom Read |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Cynthia Fazio |
| DATE: | 4/24/2006 | TIME: | 11:25 - 11:55 |

COURT ACTION:  EP: Defendants' Motion for Summary Judgment - Arguments.

Defendants' Motion for Summary Judgment - taken under advisement.

Court to issue a written order within a week.

Mr. Cregor requests a continuance of trial - no objection by the plaintiffs.

Jury Selection/Trial set for 6/6/06 @ 9:00 a.m. SOM to 6/20/06 @ 9:00 a.m. SOM.

Parties to notify the Court in writing by 5/23/06 if they plan to activate any motions in limine.

All dates and deadlines to remain the same.

Submitted by: Toni Fujinaga, Courtroom Manager.