
ORIGINAL

MARK J. BENNETT          2672
Attorney General of Hawaii

CARON M. INAGAKI        3835
JOHN M. CREGOR, JR.     3521
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile:  (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorney for Defendant
CHERYL ZEMBIK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 19 2006

at 3 o'clock and 52 min. P M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM KOTIS,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII DEPT. OF PUBLIC SAFETY, et. al.<br><br>          Defendants. | CIVIL NO. 04-00167 SOM-KSC (Consolidated)<br><br>DEFENDANT CHERYL ZEMBIK'S COMPREHENSIVE WITNESS LIST<br><br><br>Trial Date: June 20, 2006 |

## DEFENDANT CHERYL ZEMBIK'S COMPREHENSIVE WITNESS LIST

COME NOW DEFENDANT CHERYL ZEMBIK, by and through her

attorneys, Mark J. Bennett, Attorney General of Hawaii, and Caron M. Inagaki and

John M. Cregor, Jr., Deputy Attorneys General, hereby submits her comprehensive

witness list.

WITNESSES TO BE CALLED

A.    <u>LAY WITNESSES</u>

    1.    Cinda Sandin
        Residency Section Supervisor of Halawa Correctional Facility
        c/o John M. Cregor, Esq.
        Dept. of the Attorney General
        425 Queen Street
        Honolulu, Hawaii  96813

        State employee to testify on matters related to liability, including policies and procedures and her conversations with the Plaintiff.

    2.    Gary Kaplan
        Administrator with Halawa Correctional Facility
        c/o John M. Cregor, Esq.
        Dept. of the Attorney General
        425 Queen Street
        Honolulu, Hawaii  96813

        State employee to testify as to authenticity of documents and to policies and procedures.

    3.    Cheryl Zembik
        Social Worker IV
        c/o John M. Cregor, Esq.
        Dept. of the Attorney General
        425 Queen Street
        Honolulu, Hawaii  96813

        Defendant, State employee to testify on matters related to liability including policies and procedures and her conversations, if any, with Plaintiff.

    4.    Edward Rogish
        Adult Corrections Officer IV

c/o John M. Cregor, Esq.
Dept. of the Attorney General
425 Queen Street
Honolulu, Hawaii  96813

State employee to testify on matters related to liability
regarding Plaintiff's claims of a secret meeting.

5.   Gary Saldana, M.D.
c/o Department of Public Safety
State of Hawaii
919 Ala Moana Boulevard, 4th Floor
Honolulu, Hawaii 96814

Dr. Saldana is expected to testify regarding Plaintiff's
allegations and other related matters relating to his medical
records and medical care.

6.   Kay Bauman, M.D.
c/o Department of Public Safety
State of Hawaii
919 Ala Moana Boulevard, 4th Floor
Honolulu, Hawaii 96814

Dr. Bauman is expected to testify regarding Plaintiff's
allegations and other related matters relating to his medical
records and medical care.

B.   <u>EXPERT WITNESSES</u>

Defendant does not anticipate calling any expert witnesses.

DATED:   Honolulu, Hawai'i, May 19, 2006.

JOHN M. CREGOR, JR.
Deputy Attorney General
Attorney for Defendant
CHERYL ZEMBIK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM KOTIS,<br><br>                     Plaintiff,<br><br>    vs.<br><br>STATE OF HAWAII DEPT. OF<br>PUBLIC SAFETY, et. al.<br><br>                     Defendants. | CIVIL NO. 04-00167 SOM-KSC<br>(Consolidated)<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2996, a copy of the foregoing document was served on the following at her last known address via U.S. mail, postage prepaid as follows:

> William Kotis #A0182281
> CCA/Tallahatchie Correctional Center
> 295 US Highway 49 South
> P. O. Box 388
> Tutwiler, MS  38963
>
> Plaintiff Pro Se

DATED:  Honolulu, Hawaii, May 19, 2006.

JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendant
CHERYL ZEMBIK