# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/5/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:    CV 04-00167SOM-KSC

CASE NAME:    William Kotis vs.  State of Hawaii, et al.

ATTYS FOR PLA:    William Kotis (by phone)

ATTYS FOR DEFT:    Kendall Moser for John Cregor, Jr.

INTERPRETER:

---

JUDGE:    Susan Oki Mollway          REPORTER:    Debra Chun

DATE:    6/5/2006          TIME:    9:20 - 10:20

---

COURT ACTION:   EP: Plaintiff's Motion in Limine -

Mr.  Moser requests a continuance of this hearing for 2 weeks - Denied.

Discussion held.

Plaintiff's Motion in Limine - Granted in part and Denied in part without prejudice.

The Motion is granted to the extent it seeks to bar the testimony of Robin Milarii.

The Motion is further granted to the extent that the state may not introduce specific details regarding Plaintiff's crime.  The state may, however, introduce evidence that Plaintiff was convicted of a serious, violent murder and the length of the sentence he is serving.

Plaintiff's motion for the Court to issue subpoenas for trial witnesses - Denied.

Plaintiff's letter to the Court requesting that the Court find  impartial medical and rape treatment experts - Denied.

State to ensure that the plaintiff is transported to Hawaii and is provided street clothes for trial.

Jury Selection/Trial is set for 6/20/06 @ 9:00 a.m.

Court explains the jury selection process.

Parties limited to 20 minutes for opening statement.

Plaintiff's oral motion for appointment of counsel - Court will not revisit this issue.

Submitted by: Toni Fujinaga, Courtroom Manager.