# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/16/2006   4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV04-00167SOM-KSC

CASE NAME:        William Kotis v. State of Hawaii, et al.

ATTYS FOR PLA:    William Kotis, by phone

ATTYS FOR DEFT:   John Cregor

INTERPRETER:

JUDGE:   Kevin S. C. Chang         REPORTER:   FTR C5

DATE:    6/16/2006                 TIME:       10:35-10:41:53am

COURT ACTION:  EP: Trial Re-Setting Conference.  Due to a scheduling conflict, the 6/20/06 Jury Trial has been continued to 7/25/06 at 9:00am before Judge Mollway.  Final Pretrial Conference set 6/27/06 at 9:00am before Judge Chang.  Defendant to make arrangements for plaintiff's participation by phone for the Final Pretrial Conference.

cc: all parties

Submitted by: Shari Afuso, Courtroom Manager