

ORIGINAL

| MARK J. BENNETT | 2672 |
|---|---|
| Attorney General of Hawaii | |
| CARON M. INAGAKI | 3835 |
| JOHN M. CREGOR, JR. | 3521 |

Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile:  (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorney for Defendant
CHERYL ZEMBIK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 6 2006

at 10 o'clock and 15 min, A M
SUE BEITIA, CLERK

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| WILLIAM KOTIS, | CIVIL NO. 04-00167 SOM-KSC (Consolidated) |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT CHERYL ZEMBIK'S MOTION FOR NON-JURY TRIAL; MEMORANDUM IN SUPPORT OF MOTION FOR NON-JURY TRIAL; CERTIFICATE OF SERVICE** |
| STATE OF HAWAII DEPT. OF PUBLIC SAFETY, et. al. | |
| Defendants. | |
| | No Trial Date |

### DEFENDANT CHERYL ZEMBIK'S MOTION FOR NON-JURY TRIAL

Comes Now Defendant Cheryl Zembik, by her attorney etc and moves this Court to Order that trial of the remaining issue in this case be by the Court sitting without a jury.

194907_1.DOC

This motion is made pursuant to and supported by Rules 7 and 38 of the Federal Rules of Civil Procedure, the pleadings and files in this case, this Court's Order Regarding Jury Demand of June 9, 2006, and the attached Memorandum in Support

DATED: Honolulu, Hawaii, June 16, 2006.

                                        JOHN M. CREGOR, JR.
                                      Deputy Attorney General

                                      Attorney for Defendant
                                      CHERYL ZEMBIK