IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM KOTIS,<br><br>            Plaintiff,<br>vs.<br><br>STATE OF HAWAII DEPT. OF PUBLIC SAFETY, et. al.<br><br>            Defendants. | CIVIL NO. 04-00167 SOM-KSC (Consolidated)<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 16, 2006, a copy of the foregoing document was served on the following at his last known address via United States mail, postage prepaid as follows:

> William Kotis #A0182281
> CCA/Tallahatchie Correctional Center
> 295 US Highway 49 South
> P. O. Box 388
> Tutwiler, MS  38963
>
> And (Temporary Address)
>
> William Kotis #93216-022
> Federal Detention Center
> P. O. Box 30080
> Honolulu, Hawaii  96820
>
> Plaintiff Pro Se

194907_1.DOC

DATED: Honolulu, Hawaii, June 16, 2006.

_____
JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendant
CHERYL ZEMBIK

194907_1.DOC