NAME: William Kortis
NUMBER: 93210-022
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

Legal Mail

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 20 2006
DISTRICT OF HAWAII

Judge Mollway
Federal District Court
300 Ala Moana Blvd.
Honolulu, HI
96850-0338

HONOLULU HI 968
16 JUN 2006 PM 1 L

Legal Mail

FEDERAL DETENTION CENTER
P.O. BOX 130080
HONOLULU, HI 96819

**"SPECIAL MAIL"**
DATE: _____

The enclosed letter was processed through special mailing procedures **for** forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the enclosure encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.