# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/20/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CV 04-00167SOM-KSC

CASE NAME:        William J. Kotis vs. Dept. Of Public Safety, et al.

ATTYS FOR PLA:    William Kotis (by phone)

ATTYS FOR DEFT:   Tom Read (by phone)
                  Caren Inagaki (by phone)

INTERPRETER:

JUDGE:   Susan Oki Mollway          REPORTER:   Debra Chun

DATE:    06/20/2006                 TIME:       11:40 - 12:10

COURT ACTION:   EP: Telephone Conference - in Chambers.

Discussion held re: Plaintiff's Ex Parte Motion to Return Plaintiff's Legal Materials, Personal Property and Order State to Halt Harassment and Intimidation - Court will treat this ex parte motion as a motion.

Lieutenant Payne also present and informs the court that Mr. Kotis may make legal calls and may access the law library by submitting a request.

Mr. Read to contact the FDC's business office to see if Mr. Kotis' funds may be transferred over from the restricted account in order to allow him to make phone calls.

Mr. Kotis to check and see what documents are missing.

Lieutenant Payne to conduct research to see what Mr. Kotis had when he entered the FDC.

This hearing is continued to 6/21/06 @ 10:00 a.m.

Submitted by: Toni Fujinaga, Courtroom Manager.