# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/21/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00167SOM-KSC |
| CASE NAME: | William Kotis vs. State of HI, et al. |
| ATTYS FOR PLA: | William Kotis (by phone) |
| ATTYS FOR DEFT: | Caron Inagaki (by phone) <br> Tom Read (by phone) <br> Amy Standefer (by phone) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 06/21/2006 | TIME: | 10:15 - 10:30 |

COURT ACTION:  EP: Continued Telephone Conference re:  Plaintiff's Ex Parte Motion to Return Plaintiff's Legal Materials, Personal Property and Order State to Halt Harassment and Intimidation -

Lieutenant Payne also present by phone and informed the Court that Mr. Kotis' personal property was located and returned to the plaintiff.

Mr. Kotis informed the Court that he has all of his legal paperwork.

Mr. Read informed the Court that Mr. Kotis' funds will be transferred to an account in which he may use the funds to make his phone calls.

Plaintiff's Ex Parte Motion to Return Plaintiff's Legal Materials, Personal Property and Order State to Halt Harassment and Intimidation - Granted.

Court to mail to Mr. Kotis the 6/7/06 order, the jury trial order, and the state's objection to the motion for non jury trial, etc.

Submitted by: Toni Fujinaga, Courtroom Manager.