# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/29/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CV04-00167SOM-KSC

CASE NAME:          William Kotis v. State of Hawaii, et al.

ATTYS FOR PLA:      no appearance

ATTYS FOR DEFT:     John Cregor

INTERPRETER:

---

|       |                      |           |             |
|-------|----------------------|-----------|-------------|
| JUDGE: | Kevin S. C. Chang   | REPORTER: | FTR C5      |
| DATE:  | 6/29/2006           | TIME:     | 9:10- 10:10am |

---

COURT ACTION:  EP: Final Pretrial Conference.  Final Pretrial Conference not held.  The court attempted to contact William Kotis who was not available by phone.

Final Pretrial Conference continued to 6/30/06 at 9:45am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager