RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 28 2006
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 28 2006
at 4 o'clock and ___ min ___ M
SUE BEITIA, CLERK

JUNE 15, 2006

Dear Judge Ezra,

re: MOTION FOR APPOINTMENT OF COUNCEL EX-PARTE

Plaintiff William Kotis, Civil No. 04-00167 DAE/LEK moves this Court to override Judge Mollway's orders that restrict plaintiff from presenting his case entirely, in any type of favorable light.

Repeadedly I have been denied council even though I have very exceptional circumstances to present to the fact finder and have no legal knowledge of law, have constantly tried to obtain a lawyer, have not the ability to articulate my claims with all the complexities of legal issues involved and many parameters of the disputed issues in my case. This compounded by the fact that the consolidated inmate in this case, Anthony Nesbit CIVIL NO. 03-00455 was dismissed from this consolidated case a few months ago.

The Judge has denied me Discovery in my case, even denied the appointment of a Discovery Master, has denied me my witnesses on June 5, 2006 including an expert witness. On June 13, 06 while at the Federal Center staff from O.C.C.C. were allowed to go through my court papers while I was not present and totally unaware of this taking place. Now I have very pertinent documents and exhibits to my case missing. This was done by the state as retribution. Also I am being placed in the Federal Center's section know as S.H.U. This retaliation move from general population status was done because of messages the

## MOTION FOR APPOINTMENT OF COUNCEL EX-PARTE

Federal officials recieved from state officials that I make weapons and attack guards, the Federal officials told me. This of course is further retaliation and lies since I have been a role model since the tragic event of Sept. 7, 1992 that caused my incarceration.

Your Honor the state of Hawaii has done and is still doing some very evil harm to me. In the best interests of justice and civility I ask that you protect me and also that you reprimand Judge Mollway and reverse her rulings so that I will have an attorney, discovery and witnesses and a fair trial.

Federal Center
Honolulu, Hawaii
June 13, 2006

William Kotis, pro-se
William Kotis

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 28 2006
DISTRICT OF HAWAII

2

NAME:
NUMBER:
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

**FEDERAL DETENTION CENTER**
P.O. BOX 130080
HONOLULU, HI 96819

DATE: _____
"SPECIAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.