# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00167SOM-KSC |
| CASE NAME: | William Kotis vs. State of HI, et al. |
| ATTYS FOR PLA: | William Kotis - Pro Se (by phone) |
| ATTYS FOR DEFT: | John Cregor, Jr.<br>Tom Read<br>Amy Standefer (by phone) |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 6/30/2006 | TIME: | 10:00 - 10:40 |

COURT ACTION:   EP: Final Pretrial Conference -

Plaintiff's ex parte motion for appointment of counsel - Denied.

Pursuant to LR 40.3 Jury Selection/Trial set for 7/25/06 @ 9:00 a.m. SOM is advanced to 7/18/06 @ 9:00 a.m. SOM - no objection by the parties.

Mr. Cregor to make arrangements for the defendant's clothing for trial.

Proposed jury instructions to be submitted by 7/7/06.

Pro se staff attorney to mail the standard jury instructions to the plaintiff.

Plaintiff to mail his exhibits to the court, and copies will be made for Mr. Cregor.

CRM to check on whether Jurors numbers should be used instead of their names during jury selection.

Mr. Read to see if temporary funds can be made available to the plaintiff on an expedited basis until transfer of his funds.

Status conferences are set for 7/6/06 @ 9:00 a.m. and 7/14/06 @ 1:30 p.m.

Mr. Read to make arrangements so that Mr. Kotis can appear on person on 7/6/06.

Mr. Kotis to bring his exhibits to the hearing.

Submitted by: Toni Fujinaga, Courtroom Manager.