```
            IN THE UNITED STATES DISTRICT COURT

               FOR THE DISTRICT OF HAWAII

WILLIAM J. KOTIS,              ) CIVIL NO. 04-00167 SOM/LEK
                               ) CIVIL NO. 03-00455 SOM/KSC
         Plaintiff,            ) (Consolidated)
                               )
    vs.                        ) ORDER REGARDING STATUS
                               ) CONFERENCES
STATE OF HAWAII DEPARTMENT OF  )
PUBLIC SAFETY, et al.,         )
                               )
         Defendants.           )
_____)
```

## ORDER REGARDING STATUS CONFERENCES

This court has scheduled a status conference for Thursday, July 6, 9:00 a.m., before Judge Susan Oki Mollway. Kotis and defense counsel should be physically present in the courtroom for that conference, and Kotis should bring to the conference any items he proposes to offer as exhibits at trial.

Another status conference is set for Friday, July 14, 2006, at 1:30 p.m., before Judge Mollway. The court will determine on July 6 whether the July 14 appearances may be by telephone.

Trial is scheduled to begin on Tuesday, July 18, 2006, at 9:00 a.m., before Judge Mollway. Kotis should be in the courthouse as early as possible, so that he may change out of his prison uniform before jury selection begins. The court reminds Kotis to refer to this court's earlier order regarding his own testimony, and to abide by the deadlines and procedure set forth therein.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; June 30, 2006.



/s/ Susan Oki Mollway
_____
Susan Oki Mollway
United States District Judge

William J. Kotis v. State of Hawaii Department of Public Safety;
CIVIL NO. 04-00167 SOM/LEK (Consolidated)
Anthony Nesbit v. State of Hawaii Department of Public Safety;
CIVIL NO. 03-00455 SOM/KSC (Consolidated)
ORDER REGARDING STATUS CONFERENCES