# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CV 04-00167SOM-KSC

CASE NAME: William Kotis vs. State of HI, et al.

ATTYS FOR PLA: William Kotis (Pro Se)

ATTYS FOR DEFT: John Cregor, Jr.
Tom Read
Amy Standifer (by phone)

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/6/2006 | TIME: | 9:35 - 9:50<br>11:00 - 11:30 |

COURT ACTION:  EP: Status Conference -

Mr. Kotis' letter dated 7/27/06, and his motion for continuance and injunction - filed.

Discussion held re: Mr. Kotis' exhibits.

Court takes a recess in order to allow Mr. Kotis to review his exhibits.

11:00 a.m. - Discussion held re: Mr. Kotis' letter, and missing documents.

Mr. Cregor to provide to Mr. Kotis copies of the answers to interrogatories, his medical records, and the declaration of Edward Rogish.

Mr. Kotis identified which exhibits he will be using for trial.

Court will make copies of these exhibits.

Mr. Read to mail out Mr. Kotis' returned letters.

Ms. Standifer to provide to Mr. Kotis the forms he is requesting.

Motion for Continuance and Injunction - Denied.

Court imposes time limits for trial:

20 minutes maximum each side for opening statements.

2 ½ hours maximum each side to present evidence, this includes direct examination, cross examination and any rebuttal.

20 minutes maximum each side for closing arguments.

Submitted by: Toni Fujinaga, Courtroom Manager.