Legal Mail

NAME: Wilson Kaulis
NUMBER: 93216-022
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

Noel Shuts

Judge S. Oki Mollway
United States District Court
In the District of Hawaii
300 Ala Moana Blvd
Honolulu, HI
96850

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 5 2006

at __ o'clock and __ min. __
SUE BEITIA, CLERK

Legal Mail

To clerk of Honorable Susan Oki Mollway;
U.S. District Court For District of Hawaii

William Kotis
Fed. Detention Ctr.
Honolulu, HI 96820

This is a letter that keeps coming back. This is an updated version of that letter which essentially was regarding the teleconference calls of June 20 and 21, 2006 and that I'm in receipt of the 5 Court documents the Honorable Court recently sent to me last week. Thank you, half of them I did not recieve. I'm still trying to figure out what the "Order Regarding Trial Testimony by Plaintiff William Kotis" means. Its kind of hard to figure out. In the letter I was trying to explain that I'm grateful to the utmost for my pictures being returned. Mostly the majority of everything was there. The family photos, cards, letters are exceedingly the most important and crucial thing to us. The following that were not there, listed below:

① the William Aholeiki court papers which are relevant to show the same man that got caught attacking me also almost killed Mr. Aholeiki (from Def.'s motion)

② Cinda Sandin's interrogatories with notes.

③ Gary Kaplan's interrogatories.

④ The two exhibits from Cinda Sandin written on unit request forms that were sent to court from me around June/July of 2004 maybe attached with the "Plaintiff's Motion in Opposition of Defendant's Reply to Civil Rights Complaint — (Motion to Dismiss Complaint)"

⑤ A 7 page motion "Declaration in support of 04-00167 02-00455." It was sent in 2005. It may been dated Feb. 7th, 2005. I can only remember that it was on or near our son's birthday of February 7th.

⑥ Some medical records from that relevant time I had derived from the Honorable Leslie Kondo at the O.I.P. (that the defendants are not — producing forth.)

There maybe more but I can't recall. I'm just very thankful I seen my pictures July 21, 2006. On July 20, 21 you had said if I knew the dates of filed documents that did not turn up the Court may help me obtain them. The O.I.P. #⑥ medical records some of them may have been registered with the Court from one of Nesbit's filings. But I'm not sure when and what medical records of mine Nesbit filed with the Court. However, what I gave Nesbit was only a few pages. Perhaps I won't be able to get much help with no. #⑥ Mister Kondo had sent me hundreds of medical/mental health records and there was maybe 12, 14 pages out of all that which would be important for trial.

please turn page →

You really stirred things up around here. One can tell they really resented it very much. To date the only other thing they have complied with your Honor is it was that very same day they hopped right to it and made copies of yellow pages attorney section and copies of a lawyer's letter. I can't understand why I can not have my highlighters although I'm not even worrying about the highlighters, but it would make help with my confusing study notes and make my exhibits for trial easier and more readily to grasp, that is easier for the jurors and the Judges. I'm very patient your Honor its just that everything must be accomplished by July 25, 2006. And I want to keep you informed and updated. So legal calls I'm yet to make any. None. Only 5 letters since I've been here have been allowed mailed out. 99% of my letters are to lawyers or the courts. The other 1% would have to do with trial preparation as well. No Law library either none. My funds haven't came in yet. I'm not allowed to make any personal calls so that I can ask for funds or help with my trial preparations. I don't know how true this is but I've been told they have both Federal and State pre-trial inmates with Murder charges in general population here as well as Federal convicted murderers. Although I've never had any disciplinary problems in my 14 years of incarceration yet I'm in punitive Super Max and will remain like that until I leave here. That means whenever I go or do anything I am completely shackled up and must have 3 guards holding me even if its only to be moved 10 ft away. I am told by many of the guards and others this is generally reserved for inmates that are very highly assaultive and/or have a history of attempted murders on staff. This is all retaliation by the State (A.G. and Dept. of Public Safety) and its very wrong and childish of them. But I remain diplomatic, humble and amicable with everyone around me. I have been denied grievance forms daily. I'm very concerned about the punitive retaliation the State is going to do to me, win or lose July 25, after that trial date. Please do not have another conference call regarding anything in this letter. If needed only do it in writing. They were (are) really pissed at those two conference calls we had. I'm very wary and concerned I could get set up. Not with physical harm like I had done to me at O.C.C.C. and Halawa but false charges. Please take care with what goes on.           Sincerely, William Tin Vieira