ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 18 2006
at 12 o'clock and 35 min P
SUE BEITIA, CLERK

In the United States District Court For the District of Hawaii

| | |
|---|---|
| William Kotis<br>Plaintiff<br>vs.<br>Dept. of Public Safety<br>State of Hawaii et. al,<br>Defendants | CIVIL NO. 03-00455 SOM-KSC<br>Consolidated with<br>CIVIL NO. 04-00167 SOM-KSC |

**Motion to Remind that The Constitution, C.F.R., and C.J.S. are still active and in effect in all 3 Branches of Goverment**

Plaintiff moves this Court to not discriminate against him in accordance to and complaince with
① Part 35 of the CFR
② Section 504 of the Rehabilitation Act of 1973, 1977 and 1988
③ Code of Federal Regulations 45 CFR 84.3 Act of 1973
④ Judiciary Committee report H.R. Rep. NO. 485 of the 101st Congress 2nd. Session pt. 3 and other parts 1990
⑤ Section 39.160 re: Communications as well as other current ADA, and other State and Fed. Laws, Regulations and Guidelines

Title I of the Act those involving general public contact as part of ongoing operations of the entity and those directly administered by the entities for programs beneficiaries and participants (state or local goverment services or -- benefits) to all actions of state and local goverment.

Includes designated Agencies like (b) Dept. of Justice and Plaintiff as one with (B) emotional and mental disability thus moves this Court to appoint him assistance with the legal proceedings and to obey Federal Laws including but not limited to ADA, laws and regulations specified in this motion and other Federal and State Laws, Regulations and guidelines. e.g. Section 39.160 Communications

1.

In the United States District Court for the
District of Hawaii

| | |
|---|---|
| William Kotis<br>Plaintiff<br>vs.<br>Dept. of Public Safety<br>State of Hawaii et. al.,<br>Defendants | Civil No. 03-00455 SOM-KSC<br>Consolidated with<br>Civil No. 04-00167 SOM-KSC<br><br>Certificate of Service and<br>Declaration of Motion to Remind |

## Certificate of Service

I, Plaintiff William Kotis hereby certify that a true and correct copy of the foregoing document was duly served by mail on the following parties......

John M. Cregor
425 Queen St. Honolulu, HI

United States Court of Appeals
For the 9th Circuit
San Francisco, California
94915

U.S. Dept. of Justice
P.O. Box 66118
Civil Rights Division
Washington, DC 20035-6118

Dated July 13, 2006
Honolulu Federal D.C.
Hawaii

Submitted, William Kotis
William Kotis
Plaintiff

2.