NAME: [illegible handwriting]
NUMBER: [illegible handwriting]
FDC HONOLULU
P.O. BOX 30080
HONOLULU, HI 96820

Legal Mail

Judge S. Oki-Mollway
United States District Court
For the District of Hawaii
300 Ala Moana Blvd. C-285
Honolulu, HI  96850-0338

Legal Mail

of Justice
Prisons

The Honorable Susan Oki Mollway
United States District Court Judge
300 Ala Moana Boulevard
Honolulu, HI 96850



U.S. OFFICIAL MAIL
PENALTY FOR
PRIVATE USE $300
$ 00.63°
JUL 17 2006
MAILED FROM ZIP CODE 96820

**U.S. Department of Justice**
**Federal Bureau of Prisons**

*FDC Honolulu*
*P.O. Box 30080*
*Honolulu, HI 96820*

Official Business
Penalty for Private Use $300

The H[onorable]
United [States...]
300 Al[a Moana...]
Honol[ulu...]