CV 04-00167
SOM-KSC
Kotis v. State of HI

Do you allege that any juror in a blue chair should be excused because that person is not qualified to be a juror or will not be fair and impartial?

Plaintiff

yes ✓          no ___

Defendant

yes ___          no ✓

If yes —
Juror(s) #s  Lisa Fong 18
             Fred Sims 35
             Cynthia Chaney 12

Court's Question to parties during Jury Selection

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 18 2006

at 11 o'clock and 10 min. A M
SUE BEITIA, CLERK