# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/18/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:         CV 04-00167SOM-KSC

CASE NAME:           William Kotis vs. State of HI, et al.

ATTYS FOR PLA:       William Kotis (Pro Se)

ATTYS FOR DEFT:      John Cregor, Jr.
                     Thomas Read

INTERPRETER:

JUDGE:    Susan Oki Mollway         REPORTER:   Debra Chun

DATE:     7/18/2006                 TIME:       9:20 - 12:20
                                                1:50 - 4:25

COURT ACTION:  EP: Jury Selection/Trial -

William Kotis present and in custody.

Discussion held re: Plaintiff's Motion for Relevant and Most Important Requested Exhibits - plaintiff to offer exhibits during trial - motion terminated.

Plaintiff's request to ban the media from these proceedings - Denied.

9:40 a.m. - 38 Prospective Jurors present.

A panel of 8 Jurors selected.

No objection to the manner in which this panel was selected or to the makeup of this panel.

Jurors sworn.

Court preliminarily instructs the Jurors.

Opening statements by the parties.

Jurors excused.

Plaintiff's Motion to Remind that the Constitution, C.F.R., and C.J.S. are still Active and in Effect in all 3 Branches of Government - requires no ruling by the Court - motion terminated.

Jurors present.

Plaintiff's Witnesses: Cinda Sandin CST; Gary Kaplan CST; Cheryl Zembik CST; and William Kotis CST.

Plaintiff's Admitted Exhibits: 105; 100, 111, 112, 106.

4:10 p.m. - Plaintiff rests.

Jurors excused.

Defendants' Motion for Judgment as a Matter of Law - Granted.

Jurors present.

Court informed the Jurors that they are discharged.

Judgment to be entered in favor of the defendant Cheryl Zembik and against the Plaintiff.

Submitted by: Toni Fujinaga, Courtroom Manager.