**ORIGINAL**

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *District of Hawaii*

| WILLIAM J. KOTIS | V. | STATE OF HAWAII, DEPT. OF PUBLIC SAFETY, et al. | EXHIBIT AND WITNESS LIST |
|---|---|---|---|
| | | | CASE NUMBER: Civ. 04-00167 SOM/KSC |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Susan Oki Mollway | William J. Kotis, Pro Se | John Cregor, Jr. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 18, 2006 @ 9:00 a.m. | | Toni Fujinaga |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| 100 | | | | 7/18 | Copy of clinical notes starting with date 3/14/63 |
| OR 101 | | | | | Copies of selected pages from Motion for Judgement of Acquittal, filed 6/3/02   Zembik |
| OR 102 | | | | | Pages 4-6 of document attached to memo to Mr. Kotis fr Law Clerk dated 6/6/02   Zembik |
| OR 103 | | | | | Copy of pages 2, 8-11 from Victim Impact Information   Zembik |
| OR 104 | | | | | Copy of Kotis' handwritten notes   Zembik |
| 105 | | | | 7/18/06 | 86632 Grievance   (Kaplan) |
| OR 106 | | | | 7/18 | 88292 Grievance 11/19/02 (Zembik) |
| OR 107 | | | | | Incident Report   11/2002 |
| OR 108 | | | | | Segregation action 12/2002 |
| OR 109 | | | | | Aholele   2002 |
| OR 110 | | | | | pre hrg detention ntc 11/11/02 |
| OR 111 | | | | 7/18 | March 03 multi disciplinary notes |
| OR 112 | | | | 7/18 | Medical |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages