| DATE | TIME | | PLAN |
|---|---|---|---|
| 3/14/0 | 1009 | MD CLINIC/DR. | NP Yen |
| | | WT: 182lb  H: 5'9"  BP: 130/90 | |
| | | R: 18  P: 80  T- 98.2 | |
| | | — (R) knee pain worse | |
| | | (R) knee still buckling, move | |
| | | laterally, knee buckles, only step | |
| | | up stairs whenever he can. say | |
| Exercise- | | in last month, leg "subluxing" according | |
| do arthritis | | to him, even c̄ brace on. Since sleeping | |
| in chair | | on at night, knee "displaces." say | |
| upper | | even c̄ brace on it subluxes. Then he | |
| body. | | cannot straighten his knee for a week. | |
| Doesn't do | | ~~don't want anything for pain~~ | |
| lec, | | O: Alert male NAD. c̄ | |
| Does calf | | knee brace on. | |
| raise. | | Knee cap intact. | |
| | | No swelling or redness noted | |
| | | ⊖ drawer | |
| | | ⊖ McMurray. | |
| | | A: (R) knee pain. | |
| | | P: Refer to Dr. Ladaria for | |
| | | evaluation. | |
| | | Keep knee brace on during | |
| | | day & night until seen by | |
| | | Dr. Ladaria. | |
| | | Addendum: Tooth — filling fell out. | |
| | | Having pain. | |
| | | Tylenol 1-2 tabs Q 6-8° | |
| | | prn #30 | |
| | | For mattress — need | |
| | | to inquire c̄ housing | |

PLAINTIFF'S EXHIBIT 100

| | STATE OF HAWAII<br>DEPARTMENT OF PUBLIC SAFETY<br>MULTIDISCIPLINARY PROGRESS NOTES | NAME Kotis, Will[?]<br>SSN 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<br>DOB 3-19-62 |
|---|---|---|

| DATE | TIME | PLAN |
|---|---|---|
| 10-1-0[?] | | cont |
| | | [illegible] claim in [illegible] |
| 11/15 | | [illegible] |
| 11/1/02 | | Hx progress [illegible] A Green NP |
| | | noted 11/1/02 |
| 11/11/02 | 2100 | see injury report — M Gillett RN |
| 11/14/02 | 1125 | Motrin 400 [illegible] # 30 given — Kelly RN |
| | | DATE GIVEN 11-27-02 (LFA) (0835) [illegible]<br>DATE READ 11-29-0[?]<br>RESULTS [illegible] |
| late entry<br>2/14/03 | | ombudsman's office called saying this inmate placed several requests already (11 requests) but hadn't seen a doctor yet — mo RDM |
| 3/4/03 | 1559 | Unsure of what pt request were since latest was in 1992. Prior to seeing pt @ Sitki Medical Clinic, pt needs to be seen @ Sick Call. |
| 3/5/03 | 0731 | **NURSE SICK CALL**<br>S/O — "I think my graft tore"<br>c/o when he moves his leg laterally,<br>graft hinges out, able to ambulate<br>but c limping on (L) leg, claims c<br>forward motion it's okay, poked a<br>hard object (claims it's his metal implant)<br>noted on the medial side of of knee joint<br>A — Impaired physical mobility<br>P — will schedule to see MD — mo RDM |

Had sick call visits between Nov. 14, 02 — Feb 14, 03<br>Note late entry

DOC 0413 (06/92)                                                         CONFIDENTIAL