Defendant William Kotis moves court to grant this combined motion and enter information into record. I'm putting all this in writing because many times when I tried to get this information on record in court I was not allowed to also there were times when I mailed some of these issues to court but I never got a response to my inquiries. I was never given an opportunity to fully and fairly state my theory and enter my evidence in its entirety to court. Defendant thus moves this honorable court to grant the combined motion. The foregoing are a list of laws, rulings, facts, theories and other insights that this honorable court must take into consideration and further investigate all these relevant matters.

① On May 23, 2002 sheriff Costa furnished Judge Perkins a list of 30 reasons on a ripped paper from defendant, I need to have that paper to refresh memory and to elaborate on those 30, plus other paperwork you were given from the sheriff at the same moment. I requested a copy that day but never was given a copy. refer to memorandum pgs A-E, line 1-18

② There was a list and description of twelve incidents were the Honolulu Police Dept. terrorized either me or my family and I. This was sent to you on Feb 15, 2002 your court received it on Feb. 19, the 12 incidents are on pages 7 and 8 of that letter. These occurances are vital to my state of mind at the moment just before the shooting. memorandum pgs. E lines 19-F line 5

PLAINTIFFS
EXHIBIT
101

1. That summer Lynn dealt out Tarot cards and we had the death card
2. come out. This really spooked me because I got in the mail around
3. this same time my first and only chain mail letter. It was
4. entitled the "Prayer of St. Jude." It said in part how this man's
5. wife gets killed for breaking the chain. I meant to mail out the 20
6. copies it instructed to go make but I neglected this action due to
7. everyone telling me to just throw it away. I never did throw it
8. away either. At one time I was a practising N.S.A. Buddhist.
9. My scroll (life force) and the Gohonzan (enshrined box) got damaged
10. when we drove cross country from water leaking into the trunk of the car.
11. If you don't have the scroll ceremonially replaced and have the
12. damaged or destroyed remains properly disposed of you are then cursed for
13. life. When I discovered Lynn started smoking pot after the abortion I
14. talked to the guy she said she was getting it from. I didn't mind if they
15. were having sex but I tried to reason with Greg and he treated me
16. as if he would beat me up. I felt very very threatened and felt in a
17. boxing ring I had a chance at being the victor so I invited him to the
18. Gym. I also told him I would call the police on his drug involvement
19. since it seemed he wanted to fight and knew I was scared. I kept trying
20. to reason with him even explaining how Lynn had just lost a child and had
21. another at home. He felt it was okay to let Lynn smoke pot and stated
22. he wasn't concerned with me going to police because his friend and
23. neighbor works with the cops, and is a cop in Waikiki. He came across as
24. if he would talk to her for me towards the very end of the conversation.
25. I was only fooled and played like a chump by Greg because he went and
26. got her to get a T.R.O. the very next day. Lynn and I broke up a few
27. times in the past and had other male boyfriends she lived with. I did
28. not do nothing or say much because she was not using drugs with them.
29. After talking to Greg I knew he was big trouble. Lynn continued to
30. smoke pot and Greg she said wanted to be Billy's father. After the
31. T.R.O. Lynn seen less and less of me. We'd go to dinner or lunch
32. and I'd ruin the day by bringing up Greg being evil or her pot
33. smoking. I went to the police and told them about Greg's drug
34. involvement. They wanted me to arrange an undercover buy. I'd be

I still felt entranced when I was in their company. Even earlier, when I was with Billy my child, I sort of felt in between realms. I could
3 not feel my soul that much or not at all from time to time as if
4 I was being sucked out of this town or out of my vision's sights.
5 I would see people that weren't actually there a few times and
6 heard either real spirits or just my mind playing tricks on me but
7 I definetly had felt and experienced other energies and/or some
8 spirits or a spirit. When I seen Lynn in the truck from Rudy's
9 front lanai I ran to her, a few moments after I got up and ran
10 I felt love and all the negative stuff and energies and ideas of death
11 ect. left! I ran right past my rent a car and really felt love for Lynn
12 and just all of a sudden was happy to see her and just started to think
13 take Lynn home and love her or take her home with love. Greg made
14 my energy leave. I felt so weak and after he was choking me and
15 Lynn got out he grabbed her and ran off. I think this is when
16 the woman in me left again. I felt that desperation and real
17 frustrated gloom. An utter desperation not anger. When I seen
18 Lynn alone I couldn't even speak. All I remember thinking was
19 how the police are gonna torture me and Lynn will be killed in
20 California. The police in Honolulu will really torture me for
21 years and I'll never see Lynn ever again. I don't know if
22 this was before the safety button or after I pushed the
23 safety button or at the same exact time. You must look at
24 and what the Honolulu P.D. did to me and my family who
25 were law abiding citizens and relied on the police to protect
26 us after people were violating our person, we call the cops
27 yet they arrest us or me and further harm either us or me.

F

1. This happened over one dozen times to us. Refer to Exhibit 17 From the
2. Motion to submit evidence into the Record Filed May 13, 2002. We try
3. to put the bad guys away for violating us and we get arrested, not just
4. once but many times. We were being harassed by the H.P.D. For trying to
5. expose what they did to us and others. Major reason I Freaked out.
6. Object to Dr. Gitter testimony of my 1988 and 1992 arrests, pursuant
7. to H. Rules of Evidence Rule 404(B) other crimes, wrongs, or acts.
8. Objection to Bettencourt May 23rd, 2002 for not including the
9. insanity defense, and for saying I was not insane at time of acts.
10. Object to all three doctors in their testimonies because I was of
11. the opinion the three doctors were all for my assistance in
12. accordance with USC 3006(A)(E), H Penal Code 704-409, also they all
13. never had spent enough time with me, they never had All my existing
14. medical, social and other pertinent records, pursuant to HRS 704-404(B).
15. Object to all three for labeling me as anti-social when there is
16. absolutely no basis for this assumption except a political one to
17. make sure I am convicted and they have been dubbed by the AG's
18. office into believing I've been fooling the mental health profession.
19. The only remedy for this is to have my original 3 panel report set
20. forth into evidence and/or have me pick 3 non biased experts.
21. All three doctors violated H. Penal Code 704-416 by bringing up
22. my statements that they construed in court as admissions
23. of guilt of the charges. My 3 panel from 1994 although I
24. feel is only about 75% accurate is supposed to be used in my
25. trial not some political persuasion that had 3 totally inaccurate
26. and false reports introduced under totally deceptive false pretenses.