[PAGE 4]

Father never raised me and only now he acts like he may wanna help yet he refuses to give me my 6 other half brothers and sisters addresses. I'm still in shock about Lynn. I keep thinking I'm gonna see her. Like she's waiting for me. I always feel this. I will always love her dearly. I was able to read the Law around December 6, 2001 without getting sick. Before I used to throw up and get severe headaches. Now I might get a regular headache but that's usually it. In the past I couldn't look at the words gun murder manslaughter or shotgun or Karo'o without getting deathly sick, now it still affects me but only a margin of what it used to be like. I got my knee mangled from an attack. It was a set up I'm sure. Now my ACL in my left knee is just hanging. I can walk but it easily pops out. They refuse to operate. At state hospital I was assaulted 6 times by patients. Twice sexually in my bed at night. One of the sexual assaults my glans had a very large scratch on it. Dr. Taniguchi and other staff seen it. I think it was Warren Miller and his friends that time. With my knee I can't fight back at all. I have alot of people at Halawa that wanna kill me. I stopped wanting to kill myself in 1999. I felt I must marry and talk with my son. I can not and don't deserve to be put in protective custody. Help me Judge I'm pleading with ya. Way before trial I wanted to work something with prosecutors office where all concerned would feel they benefitted. I told David. He never even asked them about my offer. I found this out in court when I asked mister Arrisgado. Maurice didn't get my full offer from Bettencourt. For all the pre-sentencing stuff I should have a lawyer who wants to do what the law books say and not do sell out evil things like Bettencourt and George Barker pulled. Bettencourt had one of his tall young clients who's here for murder try to intimidate me his name is Jason Perry. Already I have many folks from my in laws friends contacts in prison, to the people I helped put away that actually started with us first that's why I got involved to put them away, that wanna harm me at Halawa, now this. Judge I'm real. I have alot of documents now of course not all of them but many. I can prove alot of facts that I bring up. I'm willing to go in death row just let me talk to our son first. Its sad because I know so much about pathology and real treatments and even cures. My Forke is certain cancers and both Type I and Type II Diabetes. I know how to rid anyone of Type II without any medication safe and effectively. Glucophage they've found out recently HAS side effects. Any way I need help. Help Me. You can start out by firing Bettencourt. The prosecutor Maurice Arrisgado has been alot nicer to me than Bettencourt. I'm dead serious no pun intended. I don't know if this is because he heard

PLAINTIFFS EXHIBIT 104

William J. Kotis, Jr.
NAME
2199 KAMEHAMEHA HIGHWAY

I had met his brother who was being accused of extortion, or/and when Vera and Teresa from Pearl City side, I think their last name was de Conception I forget the last name it was Catholic sounding, any way their brother turned up missing on Kauii presumed murdered due to possible drug deal robbery. And this may have been his family or family friends so that may be the reason he was being nicer to me than David is. I tried to find out about Vera and Teresa's brother's disappearance because I'm very social. This was around 1988. It's been so long already I forget that local Filipino family's last name. Refer to May 20TH, 2002 "MOTION TO PROVE DEFENDANTS BACKGROUND AND INTENTIONS" which entails some treatment and cures for common ailments along with a list of government agencies that will provide info and help for diseases. IF I had access to the Internet I would be able to have so much more but one of the best ways is to talk shop with professors and medical scientists. Can you send me to death row Judge I hear yes and no. Some say Hawaii no death penalty others say only in certain extreme circumstances. Well my god-forsaken case is a very extreme circumstance. I constantly got so much tension and pressure. I can't handle this and this people (inmates. O God I wish they would all just poison us all one day. I hardly ever come across one who is truly humane. They all mock me, call me lolo, nut case. They really resent me I don't know why, I never do anything to them. They're just low life - no class waste. You should bring back the chain gang and whipping posts and gallows. I swear to God I mean every damn word I've wrote in this letter. I can't stand these people I wanna SCREAM! I used to work for free with teenagers at Palolo Gym and Kalakaua Gym. Tried to get them away from gangs. Everyone over here has friends except me. I'm always scorned and made fun of. On the outside there were people I liked, many many people and I bet in time a good portion of them

people on the outside would of been my friends. People outside thought I was a little weird but they were mostly nice to me because they all had occupations where they were trying to help others or help the friendly Flora and Fauna. Ya folks really need to close that state hospital. Most of those people need to go to jail. The only person I met there who was a patient and did a violent crime and had pity was Bill Eberwein. The other rapists, murderers, assaultive patients, were all a bunch of scum. They had okay patients there and they always had non-violent charges except for Bill who stabbed some neighbors who mobbed him in his own home up the North Shore. Judge try to help me ban this government book. The Dept. of Defense as well as a few other Federal sectors are selling this. Its an outrage. For $15.00 you can purchase "BIO WARFARE" "Selection of Process For Freeze Drying Particle Size Reduction and Filling of Selected Bio-Warfare Agents" Contact all your friends. I first learned about this in the Honolulu Advertizer. That really is the title of the book. Another book "Assassin" that supposedly teaches how to be a successful hitman! Why are these books even being published. Lets stop this. Now!! What about all these violent video games and playstations? Back to Bettencourt. Judge, he absolutely did nothing. Never even showed me one page, not one page of any discovery material. I was always polite and diplomatic with David. On his birthday I sent him a pen n pencil matching set. This was in "98" when he told me his leg went totally numb and could of even walk. I researched for him as to what may be his condition. It did not sound like claudification due to his lack of having leg cramps. After several dozen questions that I asked David, I felt it was possible he might be suffering from multiple sclerosis. He responded "My younger sister died from MS." Although over 2/3 of MS sufferers are female, I felt genetically David was predisposed. I sent for MS information for David. Turned out it was radiating from his spine (lower sacrum) he forgot to tell me he injured himself handgliding years ago. This period of time from David was suffering seemed to be the only time me and David actually got along. David may be a good even very good defense attorney but even if the political machinations of my sweetie's family have really pressured him to give me up on a silver platter, so to speak, that still is no reason for him to treat me so exceedingly rude. Like I said Judge I even went down to his level and spit in his face. I did tell him afterwards I apologized for spitting on him. Judge I still love Lynnie with all my heart soul and mind. I freaked out in that moment when Greg attacked me. This happened in Waikiki by Discovery Bay in front of possible hundreds of people. I tripped out. I'm still in shock. I can't come to terms Lynn is gone. If you ask her real dad Kiyoshi (KALA) SATO about me he'll tell you I am not this evil-low life the media-police-bureaucracy has been creating. Lynn's mom remarried when she was three thats why her name back in high school was Lynn KYL Ching. K for Kanani, YL for Yuk Lin which means precious water lily just like Yuklin Ululi's name. I'm forever disgraced and bitterly remorseful beyond compare but I'm not a sociopath or anti-social as they have been saying of late. I used to help put evil people away. Lynn, my son and I were victimized several times. I went to Fort Street Mall to the Victim Witness Kokua office back in the 80's. One of our perpetrators had police connections so they got away with their crimes. Lynn and I were caring, healthcare students who stayed to ourselfs for the majority of time but ... several times. I'm tired of being victimized. Help SOS. John. JIM Lim