PAGE TWO

We had about the same exact compassion for people and animals. We both loved all types of plants and different landscapes. Only difference Lynn could create and paint real well and make all sorts of artistic creations and I could not, although I had an eye for it. Another difference between us was she was strong emotionally and she was smarter. She was a straight A student. She'd catch things and figure out things that I in no way could. I had a hard time concentrating. This has always been the case with me since elementary school. My attendance at college was excellent but I couldn't focus therefore I kept failing. My 8 years of college someone could of done in about four years. About a year and half to two years ago this changed. I was given a workbook entitled "Yoga For Wimps". This book is mainly a rehab book for spinal problems yet something clicked in me that now I grasp things more readily and understand what others are trying to express. Most of the time I can do this but I still can't do this when people threaten me and make me upset. I pray and hope no one will ever make me upset or threaten ever again but these criminals in here always try. Since I was very young this has been one of my hopes and prayers for everyone to love and always get along and be kind. I have never had any family except Lynn and the son we created and Lynn's mother. I lived so many places but never get real close to people because we were always moving. I did have many acquaintances and if given time would of surely bonded well. Most males don't seem to have the same interests as I've always had and no one in here has any of the same likes as I do. I've always loved scientific topics and barely am concerned at all with sports. I'm a proponent for exersize and healthy living and feel very strongly that art teachers and professors should be getting the paychecks that those sports figures receive and sports people should get salaries the poor teachers receive. I love Lynn I can't wait till I die so I can see and be with her again. I used to volunteer to work with teenagers at both Palolo and Kalakauau Gyms. Tried to get them away from gangs. You can check this out by contacting the vice president of the state's Amatuer Boxing Ass. His name is Ralph Martin. Also check with Joe Yasutaki the head rec. therapist at Palolo Gym. I achieved so much with Lynn. I went to college and learned so much about the medical field because of Lynn. I raised our son for

PLAINTIFF'S EXHIBIT 103

all and even if I did it wouldn't do me any bit of good because my wife's uncles and cousin are prominent attorneys here in Hawaii and mom, is a former bureaucrat and I've met her friends, Cec Heftel, Patsy Mink and other very influencial power people. And without Lynn who I keep thinking is gonna visit or see me when I have my next birthday or Christmas, what good is anything anymore without Lynn. Often I can not eat or do not enjoy the food because I feel it is not fair Lynn is not partaking with me. I am so miserable deep inside, it is not describable in words. Physically I am a wreck. I was severly hurt here in jail in 1994. Perhaps it was revenge from my sweetie's family's contacts but now my A.C.L. in my left knee is detached and I am in urgent need of a knee re-construction so I may function normally but I am denied medical treatment. My name was put out so negatively and with my wife's family's connections not one single lawyer will take my medical case. Everytime I had an attorney who was starting or willing to start a suit they always got pressured to pull out from representing me. From the shooting and I'm not singing the blues or whining mind you just letting you know that I can't function normal due to physical ailments. My right hand is partially paralyzed due to the shooting. I still have one in me, but that isn't the problem the problem is the functioning of my right hand and the pain I still often get there but the knee is even worse and the physical pain in comparison to emotional, spiritual and mental anguish is much much worse. Sad little Billy our son. When I dream of him he is always very young like 5 or 4 or 6 years old though he's almost 18 now. I have not heard anything about him since Sept. 7, 1992. Never would have wanted Lynn to die without me, ever! When she learned how to operate a motorcycle in 1990 I expressed how frightened I was at this to her and so she promised she'd only use it to go from our home in Kaimuki to her work which was McCully and Kapiolani and also, to go to her gym which was Gold's Gym on Kapiolani as well. I told her if she'd ever die I would kill myself and she told me if something ever happened to her I got to take good care of Billy. I miss my sweetie everyday and every night I ponder and long for my soul mate and psychic twin. I've felt horrible cold deathly chill a very cold empty chill very often. Do you know what it's like to lose the most dearest closest and most cherished precious thing in your life. Then multiply and magnify that because ultimately I caused it to happen. Then surrounded by the same vile criminal people I've always tried to put away and that

PAGE 9
NAME
2199 KAMEHAMEHA HIGHWAY

I've always had distain and contempt for. So you can best believe I've been in utter torment since Sept. 1992. When people ask I tell them I killed my mom, my sister and my best friend. And its true Lynn is and was all these things to me. My wife and I were the nicest people, most compassionate helpful caring people you'd ever known. We were very nostalgic. You would of loved us especially Lynn. I believe can use my many many varied experiences to assist others not just individuals but government agencies and other groups. What is the point of Liberty if there is no truth. I want to be patriotic to the max and have others rekindle their patriotic fervor. But I can't be proud to be an American because I'm a coward. I'm too paranoid. I've been damaged goods since the 70's. But I truly, truly appreciate what they've done. Our vets gave up their tomorrows so we can have our todays. I've been serving as a conduit, with positive beneficial, healing, and patriotism are areas I want to emphasize because worst than ever before our Nation is heading into a very, very severe catalcysym. I try with this people around here. I'm always scorned here and messed with. I don't fit in at all. On the outside Lynn and I recommended to the state to have police substations put up in Waipahu after a roadside visit there in the 80's also in the 80's she wrote for me a draft to recommend bicycle cops in Kalihi and downtown. Now I hear we only have 2 Cushmans left in Waikiki and soon those two will be phased out. What is going on? And now the Pros Office Intake has only 2 attorneys doing intake when we had at least three in the past so now these rotten larcenists aren't in damn jail or prison where they belong. I reccommend to you wether your male or female to contact Concerned Women of Today   PO BOX 6700   Washington D.C.

looked up to were Ab Lincoln of course, Betrand Russel, Martin Luther King, Mother Teresa, Nicolai Tesla and present day all the professors at the N.I.H., Dr. Allan Tichanal and his wife Dr. Joanie Dobbs over at U.H. Lawrence Miiki who was both a doctor and lawyer. Also our military peace keeping forces worldwide and our coast guard and all the good mannered and courageous uncorruptable law enforcement people especially the officers working in the big cities and on our dangerous roads and unpredictable highways. I remember signing the Brady bill roster that went around back in 1981 after President Reagan and poor Mr. Brady was shot. I've always been anti-handgun since I was in grade school. I feel all manufacturing of handguns must cease and all handguns already made must be destroyed. The police can have rifles and machine guns and even then I think it should be salt pellets, rubber, wooden, bean bag bullets and other stun type ammo. I remember when Reagan and Brady were shot in 1981 it was close to my birthday of March 19, and I recall being very concerned especially for Mr. Brady. I only shot a weapon in military school about 2 or 3 times and it was mandatory. I can respect hunters who truly love the animals they will soon eat and are well educated in fauna and flora concerns. The true outdoorsman. Folks I really respect and appreciate, but the gun laws are not appropriate. They need to make our whole nation a police state but that's a whole 'nother story. I've just always hated and was frightened from guns. Life has been living hell since Sept. 7, 92. I tried to get a death penalty. I had pus infected bullets in me and they refused to take them out. Ten months went by and I started to dig them out by self only then did they contact the Dept. of Health and they sent a Dept. of Health doctor who took these two bullets that were on the surface of the hip and right tricep out. I still have are deeply imbedded but the two pus infected ones I started to remove were the main concern. The 4th one got taken out right after the horror of Sept. 7. I never tried to do insanity defense although everyone including Judge Spencer advised that I may want to, yet they forced me so much medications that I'm nearly impotent now. And for what I never threatened anyone or broke property but I did hurt myself and was very very depressed so maybe that was their reasons. I was civilly committed over twenty years ago and although I never brought any of this up they must of find out with the computer. I had a few nervous breakdowns that put me in hospitals but I never did do anything of violence towards anyone. After the tragedy many people were

out to harm me. Like I said they maimed me in my Left knee. There was a time when a guard had attacked me just wildly out of the blue. Evidently the media was mistakenly running stories I was a cop killer or something to that effect and Mr. Webster attacked me. That when he learned what really happened he came to me and apologized and also stated that his 4 year old daughter had just died. Before this a Mark Martinez, also a guard tried to lure me into an altercation. I hear two hours later that he wants to put me in the brig For not Falling into his trap. I got the paperwork I Filed on both of them if you'd like to see that was registered as complaints against them. Mark Martinez has since became a born again Christian and still works here and so does Webster, they always say polite hellos and I Forgave them both over nine years ago. I Feel like I've been here for 20 years and it has been violent, if you offer me the death penalty I would seriously take it after speaking to our son First. It's really miserable. I'd rather been on death row in another state, if I got to suffer than thats how and where I should suffer. Every other prisoners around here all seem to know each other and seem to always be enjoying themselves and laughing it up and all their petty ways. I can't stomach it and I can't stand them. IF I can't be in a room with a computer and telephone that would only be to benefit this world, then put me in Attica, San Quentin Angola or some other prison where there is true penance and not mockery. I'm not even going to bring up the sham jury less trial thats all illegal politics and political connections of my dear in laws whom I'll Forever still always love, regardless. But to know the circumstances and what was going on you may wanna read these two motions if your interested and care to truly know; The Motion entitled "Motion to submit what Judge Perkins told me to write on May 15TH 2002" that I wrote and Filed on May 20TH,