**STATE OF HAWAII - DEPARTMENT OF PUBLIC SAFETY**
**INMATE COMPLAINT/GRIEVANCE**

DATE RECEIVED: 10/29

**86632**
(THIS CONTROL NO. MUST ACCOMPANY ALL APPEALS)

NAME: William Kotis   SSN: _____
HOUSING ASSIGNMENT: C-2 MSH   CONTROL NO.: 86632A
TO: (STEP) 1. ✓ Section Supervisor/Inmate Grievance Specialist   SID: A0182281
2. ✓ Appeal Branch/Core Program Administrator/Inmate Grievance Specialist
3. ___ Appeal Institutions/Core Program Division Administrator/Inmate Grievance Specialist

I attempted to solve this problem through informal discussion/resolution by contacting:
NAME: Counselors, social workers, Sarah, ACLU, my lawyer + others   DATE: Since Sept. 11, 02
RESPONSE: Don't worry; we'll look into it; It's only temporary; Write a grievance
RE: Complaint/Grievance Against: Being housed in a part of the prison designated for highly assaultive and violent gang members.

STATEMENT OF COMPLAINT/GRIEVANCE: Since at least April I have made it clear I have serious problems with a lot of people at Halawa, many of which are in organized gangs, as well as several of the ACOs and that there is a constant risk of harm to my life. I told this to many officials like the probation officer Chloe Pge, Sarah at the RAD unit when she informed me that I would be moved to the ultra violent Halawa High, also Judge Perkins and his entire court with my family and friends present. Even the prosecutor's office, I told. In my pre-sentence report I even wrote about my situation and my past and how it will make my going to Halawa dangerous for me, and that precautionary measures must and should have been taken in advance. I have been assaulted and threatened with reprisals to not only me but my family if I say anything. I was warned not to press the button or even go near it after the assaults! I'm constantly in fear for my life up here now. It appears that several of the guards are friendly towards the abusers, so I dare not speak to guards. I was not in the RAD unit for 20 hours when they moved me here and almost immediately the trouble started. I've been told that my movement so quickly is unheard of. Usually you stay at the RAD for at least 2-3 months. This egregious failure to act on behalf of my personal safety shows a flagrant and deliberate failure to provide any protection or safety. In addition it is known to some officials that my victim's family are judges, senators and corporate lawyers and that the family is hell bent on revenge. And this I have also stated on dozens of occasions to various state workers and other officials.

COMPLAINT/GRIEVANCE WOULD BE SOLVED TO MY SATISFACTION IF: My complaint is examined thoroughly and I am moved immediately out of Module C to either Medium away from the above affiliations, Any mainland facility without the above gang affiliations or P.C. as a last resort.

INMATE SIGNATURE: William Kotis   DATE: Oct. 26, 02

RESOLUTION: (attach additional sheets as necessary)

The Module C Unit Team spoke extensively to you and you agreed to try the small quad in Module C before Protective Custody. There was also a referral made to the Psychiatric Social Worker to evaluate you for possible placement in the Mental Health Unit in Module B. Staff are monitoring your adjustment and they have instructed you to let them know if you feel threatened by any inmates in your immediate vicinity.

If you are dissatisfied with this decision, commencing with the date of receipt, you will have five (5) calendar days in which to file an appeal.

SIGNATURE OF RESPONDENT: Cinda Sandin   TITLE: Residency Section Supervisor   DATE: 11/08/02

INMATE ACKNOWLEDGED: _____   DATE: 11/14

WHITE/file   CANARY/inmate answer   PINK/respondent   GOLD/inmate receipt   DOC 8215 (rev. 3/97)