**88292**

STATE OF HAWAII - DEPARTMENT OF PUBLIC SAFETY
INMATE COMPLAINT/GRIEVANCE

DATE RECEIVED: 11/21/02

(THIS CONTROL NO. MUST ACCOMPANY ALL APPEALS)

NAME: William Kotis    SSN: ___

HOUSING ASSIGNMENT: Special Holding D Block MEDIUM    CONTROL NO.: 86632

TO: (STEP)
1. ___ Section Supervisor/Inmate Grievance Specialist    SID: A0182281
2. ✓ Appeal Branch/Core Program Administrator/Inmate Grievance Specialist
3. ___ Appeal Institutions/Core Program Division Administrator/Inmate Grievance Specialist

I attempted to solve this problem through informal discussion/resolution by contacting:

NAME: Cinda Sandin, Sarah from RAD, Ombudsman, Many others    DATE: Since at least 9/11/02

RESPONSE: Was supposed to be placed in Protective Custody

RE: Complaint/Grievance Against: Being placed in a punitive setting without any word as to why or for how long since Veteran's Day Nov. 11, 02

STATEMENT OF COMPLAINT/GRIEVANCE: (attach additional sheets as necessary) I was suprised to learn that I was moved into a cell with an USO gang member as a roomate; one Richard Rosario, in Module C quad 1 with 2 more members housed in the room/cell right next door in cell two. We were in cell one. I was again assaulted on Nov. 11, 02. I made formal assault and T.T. charges. I was informed I would be placed in Special Holding only overnight by the staff due to the only person having authority to place me in P.C. is the warden. To date I have not gotten any response from any prison officials. Further I am being housed in a very punitive setting with USO gang members surrounding me all around and above me.

COMPLAINT/GRIEVANCE WOULD BE SOLVED TO MY SATISFACTION IF: Placed in P.C. either Halawa or O.C.C.C. or another prison without any USO family gang members. please note I have no trouble with any other gang except Hawaii gangs. Thank you very much for your help and concern.

INMATE SIGNATURE: William Kotis    DATE: Nov. 19, 02

RESOLUTION: (attach additional sheets as necessary)

At present you are being housed in Module B, protective custody. Grievance moot.

If you are dissatisfied with this decision, commencing with the date of receipt, you will have five (5) calendar days in which to file an appeal.

SIGNATURE OF RESPONDENT: Nolan P. Espinda    TITLE: HCF Warden    DATE: 12/17/02

INMATE ACKNOWLEDGED    DATE: 12/27/02

WHITE/file    CANARY/inmate answer    PINK/respondent    GOLD/inmate receipt    DOC 8215 (rev. 3/97)