# STATE OF HAWAII
## DEPARTMENT OF PUBLIC SAFETY
### INCIDENT REPORT

Facility: **HHSF**

Prepared on: **NOV. 11, 2002**

TO: **Nolan Espinda, Warden HCF** (Administrator/section supervisor)

THRU: **Captain Pete Ascon** (Watch Supervisor)

| DATE | TIME | NARRATIVE (Specify inmate name & ID and location if related to misconduct) |
|---|---|---|
| 11-11-02 | 1820hrs | On stated date and time this writer ACO III Everett Kaimana while assigned to module C did a brief interview of inmate KOTIS, William who stated that he was assaulted by his roommate ROSARIO, Richard, and that he did not want to return to his quad and wanted to go to protective custody. He showed me his right cheek and it appeared to be discolored. I notified Sgt Keith Chavis who called the medial unit for assessment and attention. Sgt. Chavis notified Lt Harry Sugiyama of Building Control.<br><br>Submitted for your information. |

Noted: H-Sgt 11-11-02 2100hrs

By: _____ (Reporting Officer/Employee)   Title: **III**

Plaintiffs Exhibit

Exhibit III