

*Exhibit VIII* (Roman Numeral 8)

# STATE OF HAWAII
## DEPARTMENT OF PUBLIC SAFETY

### SEGREGATION ACTION REQUEST

Date: December 2, 2002            Facility: HCF
Inmate: KOTIS, WILLIAM            SID: A0182281
Current Housing Unit: Special Holding
Referred By: E. Tankaa
                              (Name/Title)
Referred to Housing Unit: **Protective Custody**   Pre-Hearing Det.   Administrative Segregation

---

**REASON FOR REQUEST**
Threat to:
1. **Life or Limb**
2. Security or good government of facility
3. Community

Explain:

On the outside I had problems with people that are now USO Family I had led to some of their arrests. As a result I had my knee mangled at OCCC by three of them. At Halawa I have been assaulted and threatened at Module C. My right elbow has a possible bone chip as a result. Some of the people are Brooks, George Khoo, Elikers, Tremble, Koa Andaya, Reed brothers, Koa Richard Rosario, Kalani Parks, Billy Naka and there are others. I have been labeled a rat, snitch and now here at the Special Holding where the rooms that are around my room are filled with the USO gang members and they know my name and certain aspects about my situation so I am bothered by their remarks and taunts. If you need more on my situation contact but I do not want to speak to you in my cell so please arrange to meet me in the interview room or some other place that is confidential.

*They never did have this MEETING!*



PLAINTIFFS EXHIBIT

DOC 1226 (12/97)