Exhibit VII

Roman Numeral 7          Exhibit #-2

To: The Honorable Judge

Your Honor, I was beaten almost to death by Seperated Gang members. I was in a Coma for 6 days and it is a miracle that I am alive today. The Gang Violence problems needs to be addressed. I am writting this letter in support of Mr. Nesbit in opposition to States request to dismiss his Complaint.

Sincerely yours.

Viliami S. Aholelei
A0146949
12/29/03

Exhibit #-2
um
Declaration paragraph #2

PLAINTIFFS
EXHIBIT
109