


Exhibit VI

Roman Numeral 6

# DEPARTMENT OF PUBLIC SAFETY
# HALAWA CORRECTIONAL FACILITY

**TO:** ROSARIO, Richard
Name of Inmate

**FROM:** SGT. Chavis
Name of ACO/Staff

**SUBJECT:** PRE-HEARING DETENTION NOTICE

This notice is to inform you that a Report of Misconduct has been processed on allegation(s) that you violated prohibited acts as defined in **DSSH-Title 17, Administrative Rules of Corrections Division.** The specific alleged miscondut may not be limited to the following:

Date: 11/11/02   Time: 1735
Place: Mod C  Quad III

Violation(s):

1. 17-201-6-(03) Assaulting any person, with or without a dangerous instrument, causing bodily injury.

2. 17-201- -( )

3. 17-201- -( )

4. 17-201- -( )

5. 17-201- -( )

6. 17-201- -( )

7. 17-201- -( )

8. 17-201- -( )

9. 17-201- -( )

10. 17-201- -( )

Due to the seriousness of the violation(s), you are to be placed in Special Holding for pre-hearing detention pending investigation and possible adjustment hearing.

Approved by: _____
Watch Commander

I hereby acknowledge receipt of this notice:

_Richard Rosario_  11/11/02
Inmate/Ward      Date / Time

**PLAINTIFFS EXHIBIT**

DOC 8   (01/93)      ORIG-MISCONDUCT   3-COPIES 1) UTM SPECIAL HOLDING  2) WATCH CAPT.  3) INMATE