Exhibit Ⓥ

Roman Numeral 5

STATE OF HAWAII
DEPARTMENT OF PUBLIC SAFETY

NAME: _Katis, Willia____

MULTIDISCIPLINARY PROGRESS NOTES

SSN: _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_

DOB: _3/15/62_

| DATE | TIME | |
|------|------|---|
| 18 4 5 | 14 02 | Spoke ī the pt re. seeing MD today and if he understood what they talk about verbalize he did not quit understand. emphasized MD is sending him to and outside doctor. Explained to him that he made MRT and seen on sick call & refered to NP. and he was refered by NP to the Doctor for further Eval. Emphasized he was seen in a short period of time ~~~~ often pt takes about (3 months for the) to be seen. Regarding ~~~ tooth problem to make ~~~ to dentel Pt given MRT ~~~ received will be given to dentel to be scheduled to see them Pt verbalize understanding. _____ |
| 3/3/03 | 18 02 | L big toe avulsion is healed but still wants to have Tx - C/o still weepy but noted it was dry. Betadine bactracin & band aid given ē instruction _Warren R_ |

CONFIDENTIAL


PLAINTIFFS
EXHIBIT