*Exhibit X C* — *Roman numeral 10*

**STATE OF HAWAII**  NAME: Kotis, William
**DEPARTMENT OF PUBLIC SAFETY**  SSN: 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
**FACILITY:** HSNF  DOB: 3-19-62

## CLINICAL TREATMENT RECORD
### FOR SINGLE TREATMENTS

AREA OF TREATMENT: (R) elbow   ORDERED BY: C. Yuen

TREATMENT ORDERED: hot compress prn x2 wks.   START DATE: 11/1/02

STOP DATE: 11/15/02

*per clinic 2 wks.*

| DATE/TIME | OBSERVATIONS/RESULTS | NURSE'S SIGNATURE |
|---|---|---|
| 11/14/02 | In SH, (R) elbow sl. swelling. Motrin #30 as directed given | J. Sullya |

DOC 0418-B (12/93)

PLAINTIFFS EXHIBIT