ORIGINAL

# United States District Court
### DISTRICT OF HAWAII

William Kotis, Plaintiff

v.

Department of Public Safety, State of Hawaii, et al., Defendants

CASE NUMBER: CV 04-00167

**DEFENDANTS' EXHIBIT LIST**

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Susan Oki Mollway | Pro Se | John M. Cregor, Jr., Esq. Dept. Of the Attorney General |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| June 20, 2006 | | Toni Fujinaga |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Drill Down Detail Report (Movement Log) prepared 11/7/05 |
| | 2 | | | | Review of Medical Records prepared by Lucy Sequiera, Custodian of Medical Records, Public Safety Division dated 1/26/05 |
| | 3 | | | | Declaration of Lucy Sequiera dated 2/1/05 |
| | 4 | | | | Plaintiff's Medical Records (Bates Nos. DPS001 through 015) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 1