William Kotis v. Dept. of Public Safety, et al.
Civil No. CV 04-00167
**Defendants' Trial Exhibits**
The Honorable Susan Oki Mollway
June 20, 2006