## Drill Down Detail Report
## KOTIS, WILLIAM - 11/07/2005 15:36

| Event Type | Description | Date/Time | Performed By |
|---|---|---|---|
| Booking | # PX199209110008 | 09/11/1992 10:45:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, HOLDING, CELL1 | 09/11/1992 10:45:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 4, CELL1 | 09/11/1992 11:00:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 1, CELL1 | 09/28/1992 13:00:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 2, CELL1 | 10/15/1992 09:00:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 2, CELL1 | 10/28/1992 12:03:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 4, CELL1 | 10/30/1992 14:45:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 2, CELL1 | 12/09/1992 12:05:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 3, CELL1 | 03/30/1993 11:31:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 2, CELL1 | 04/05/1993 10:50:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 3, CELL1 | 05/06/1993 10:39:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 4, CELL1 | 06/09/1993 22:08:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 3, CELL1 | 06/18/1993 10:35:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 4, CELL1 | 08/02/1993 22:49:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 13, CELL1 | 08/05/1993 03:00:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 4, CELL1 | 09/17/1993 12:25:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 2, CELL1 | 09/22/1993 07:51:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 3, CELL1 | 10/09/1993 07:22:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 4, CELL1 | 10/20/1993 11:56:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, TRAN, CELL1 | 04/14/1994 12:45:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 4, CELL1 | 04/20/1994 14:00:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 8, CELL1 | 12/07/1994 11:30:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 4, CELL1 | 12/16/1994 19:30:00 | DATA CONVERSION, EPIC |
| Movement | HCF, INFIRMARY, CELL1 | 04/12/1995 12:30:00 | DATA CONVERSION, EPIC |
| Movement | HCF, TRAN, CELL1 | 06/15/1995 13:06:00 | DATA CONVERSION, EPIC |
| Movement | HCF, TRAN, CELL1 | 06/15/1995 14:00:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 3, CELL1 | 08/15/1995 14:11:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 18, CELL1 | 07/06/1995 12:50:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 4, CELL1 | 10/30/1995 20:00:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 18, CELL1 | 11/09/1995 08:18:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 17, CELL1 | 12/28/1995 07:26:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 11, CELL1 | 11/27/1996 08:58:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 17, CELL1 | 11/27/1996 10:48:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 11, CELL1 | 11/27/1996 23:04:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 17, CELL1 | 11/27/1996 23:05:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, HSH, CELL1 | 12/04/1996 10:30:00 | DATA CONVERSION, EPIC |
| Movement | OCCC, MODULE 2 | 09/19/2001 12:00:24 | VAN WINKLE, CONSTANCE K. |
| Movement | OCCC, MODULE 4 | 09/19/2001 14:05:18 | VAN WINKLE, CONSTANCE K. |
| Movement | OCCC, MODULE 2 | 09/20/2001 16:35:00 | STRONG, MICHAEL L. |
| Housing Allocation | HCF | 09/10/2002 10:00:00 | HO, RICHARD C |
| Movement | HCF, MODULE 1B | 09/10/2002 10:00:00 | HO, RICHARD C |
| Movement | HCF, MODULE C | 09/12/2002 09:20:47 | HO, RICHARD C |
| Movement | HCF, HOLDING | 11/12/2002 09:37:38 | HO, RICHARD C |
| Movement | HCF, MODULE B | 12/04/2002 09:26:37 | HO, RICHARD C |
| Movement | AZFC | 03/09/2004 18:32:00 | HO, RICHARD C |
| Housing Allocation | AZFC | 03/09/2004 18:32:00 | HO, RICHARD C |
| Housing Allocation | MSTC | 06/04/2004 12:15:00 | HO, RICHARD C |
| Movement | MSTC | 06/04/2004 12:15:00 | HO, RICHARD C |

Defendants' Exhibit 1