02/01/2005 07:57 6321673  OCCC MEDICAL  PAGE 02
Jan-31-2005 01:45pm  From-DEPT OF AT EN/TORT LIT  808-586-1369  T-815 P.005/006 F-150

Anthony Nesbit, ID A0701329, DOB: 1/12/52;
Civil No. 04-00455 SOM-KSC; USDC
Anthony Nesbit v. State of Hawai'i, et al.

Review of Anthony Nesbit's Files by Lucy Sequiera,
Custodian of Medical Records, Public Safety Division
January 26, 2005

---

After a thorough search of the Medical Files and Records on Anthony Nesbit, above named, the below mentioned instances are medical treatment, medical requests by the inmate, notations by the Division's medical staff on the dates as indicated.

February 2003 entries:

| | |
|---|---|
| 2/15/03 | 8:00 a.m. to sick call. Had a cold. Seen by nurse. |
| 1/23/03-5/3/03 | Blood Pressure checks prescribed 2 times weekly for 8 weeks. Was seen on 2/13, 2/16, 2/23/03. |
| 5/19/03 | Received by Department of Accounting and General Services, 3/19/02 claim being poisoned by food. |

Medical Request Forms:

| | |
|---|---|
| 2/12/03 | Refill for Medication |
| 2/17/03 | I am 51 years old, need prunes and bran in food. |
| 2/17/03 | Please check medical record for Lipitor prescribed by Dr. Bauman |
| 2/13/03 | Asked for prescriptions. |

There was no notation in the files of Mr. Nesbit having sought medical treatment nor complained of being beaten or punched, or kicked while incarcerated.

By: _____
Lucy Sequiera
Date: 01.31.05

**Defendants'
Exhibit 2**

William J. Kotis, ID A0182281, DOB: 3/19/62
Civil No. 04-00167DAE-LEK; USDC
Kotis v. State of Hawai'i, et al.

Review of William J. Kotis' Files by Lucy Sequiera,
Custodian of Medical Records, Public Safety Division
January 26, 2005

---

After a thorough search of the Medical Files and Records on William J. Kotis, above named, the below mentioned instances are medical treatment, medical requests by the inmate, notations by the Division's medical staff on the dates as indicated.

November 2002 entries:

11/11/02    time: 2000 hours. See Injury Report on Progress Note

11/11/02    time: 1835    time reported: 1845
            Inmate Injury Report – punched on right side of face. #4 of scale of 10. No
            visible injuries. Tylenol prescribed by Nurse Mary Gallant. Dr. Paderes
            reviewed paperwork..

October 2002 entries:

10/30/02    Sick call: evaluated right elbow pain for several days; fell out of bed on 10/6/02

10/11/02    Seen by Nurse Practitioner Charlotte Yuen for right knee. Wanted surgery for '97
            ACL problem. But no time now because of his legal work.

10/6/02     No notation

9/23/02     Went to sick call limping and said he had an ACL problem, requested surgery.

9/13/02     Seen by Psych. Social Worker Flo. Met with inmate and performed assessment
            of mental stability. Intake assessment completed. Psychologically cleared for
            work line and for transfer.

            -transferred from OCCC 9/10/02 to HCF

9/11/02     reviewed chart, met with inmate when he transferred from OCCC to HCF

            refused to get HepB screen 9/11/02 and HepB vaccine, inmate signed sheet.

9/10/02     transfer to HCF, spoke to Tuminello,

5/22/02     Seen by Psychiatrist

**Medical Request Forms:**

10/9/02     Needs to have treatment for his spinal pain, wants to add fiber to diet

9/22/02     Emergency needs operation

9/10/02     Need another memo for ACL knee brace until he can get reconstructive knee surgery.

9/16/02     He needs to have ACL knee brace

**Medical Needs Memo:**

10/25/02    He can wear orthopaedic knee brace as needed.


By: _____
Lucy Sequeira
Date: 01-31-05