**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME: Kotis, Will[...]
SSN: 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
DOB: 3-19-62

| DATE | TIME | PLAN |
|---|---|---|
| 10-1-0? | cont | [illegible handwritten notes] |
| | | [illegible] |
| | | [illegible] |
| 12/12/02 | 2000 | [illegible] report — M Gilbert RN |

Defendants'
Exhibit 4

DPS001

| DATE | TIME | PLAN |
|---|---|---|
| 10/25/02 | | Chart Review |
| | | Knee brace × 3 mo |
| | | [signature] |
| 10/25/02 | | Discussed c̄ Dr Pacheco – OK |
| 10-25-02 | | to use knee brace which |
| | | was in property × 3 mo |
| | | [signature] |
| | | N̄V 10/25/02 |
| 10/3/02 | 08:00 | (Sick Call) |
| | | S: ® elbow pain several days |
| | | O: area red, warm, swollen, soft |
| | | A: r/o bursitis?, soft tissue infxn. |
| | | P: – ½ Motrin ibuprofen given |
| | | – schedule c̄ provider. [signature] |
| | | MD CLINIC |
| | | WT: 196  HT: ___  BP 128/73 |
| | 10 AM | R: 12  P: 80  T 97° |
| | | eval ® elbow swelling. |
| | | Had cyst ® elbow + hit it |
| | | when fell out of bed 10/6/0? . Painful |
| | | + claims hard to write c̄ ®) arm. |
| | | O: ®) elbow at epicondyle |
| | | it. swollen + red. ? lump |
| | | prior to swollen site. |
| | | A: Swollen epicondyle jt. |
| | | P: Sling for ®) elbow. |
| | | Indocin 50mg TID × 10 days. |
| | | [signature] |

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME: Katie William
SSN: 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
DOB: 3-19-62

| DATE | TIME | PLAN |
|---|---|---|
| | | MD CLINIC/DR. _____ |
| | | WT: 147# HT: 5'9" BP: 140/82 |
| | | R: _____ P: 72 |
| 10/11/02 | 0900 | S – ACL graft on (R) knee, p't he never had PT. Has been doing own PT. Knee gets out of joint; if someone pushes his knee it gets out of it and he needs to walk on crutches. Has maintained (L) knee c̄ 4 brace. |
| ACL 1997 Kenda Rasmussen did surgery | | O. (R) knee c̄ ROM no effusion (−) drawer (−) mc murray CMS good. Able to rotate knee s̄ popping. |
| | | A. S/P ACL repair. |
| | | P – Have Dr. Padares to evaluate. Says he had a memo to wear this brace at OCCC but we no mention in progress notes or memo's. Says he wants surgery but has not done now because of legal work. ——green RN |
| | | Addendum – says he ties his knee c̄ a sheet at night, so it doesn't come out. ——green RN |

| DATE | TIME | PLAN |
|---|---|---|
| 9-11-02 (cont) | | to metal brace. Says he needs to wear it or his knee "will give out" & he will need crutches. No brace mentioned in chart from OCC. Workline cleared by Dr. Z. 10/25/01. Says he was given brace while incarcerated years ago. Missing hx between transfer to HSH (1996) to admission to OCC 9/02. Pt was unable to give a clear answer as to what happened between that time. Currently takes no meds. ———<br>A: Alt thoughts, pressured speech.<br>P: Will discuss knee brace c̄ MD. Schedule for clinic to evaluate. Refer to C. ——— H.Summerlin<br><br>Received Medical Unit<br>Date 9/11/02 By: [signature] |
| 09-13-02 | 0903 | PSW NOTE<br>Met c̄ the inmate in his assigned module housing to assess his mental health stability. The post admission mental health assessment was completed and placed in the chart. Please review for further information. Current Health Status Classification Report was completed and placed in the chart. He was physically cleared for workline and/or transfer. [signature] |
| 9/23/02 | 0900 | Sick call<br>S/O Pt limping on ambulation. Verbalize he needs an operation. He had AC[?] in pain in the past but still in pain till now. Requesting for metal brace. See 9/11 note by intake nurse.<br>A Alt in comfort knee pain<br>P Tylenol OTC given c̄ instruction<br>2 schedule to NP for eval<br>[signature] |

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

**MULTIDISCIPLINARY PROGRESS NOTES**

NAME: Katts, William
SSN: 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
DOB: 3-15-61

| DATE | TIME | INTAKE: HALAWA CORRECTIONAL FACILITY / PLAN |
|------|------|---------------------------------------------|
| 9-10-02 | 1440 | Transferred from: OCC    Admit Date: 9-10-02 |
| | | Status: (RAD)  PARV  Other |
| | | Medical Chart Received: Y x 3   N    Dental Chart Received: Y  N |
| | | (PPD) CXR: 11-16-01    Allergies: NKDA |
| | | Hepatitis B Status: screen |
| | | Health History Date: ___   Physical Exam Date: ___ |
| | | Self-Admin/Co-Payment form signed  Y  (N) |
| | | HSCR:  Current  (Update) |
| | | Medical/Psych History: mental illness |
| | | Medications Received: ⊘ |
| | | WT: 197  HT: 5'9" |
| | | Treatments/Follow-up Needed: PE, HH, HSCR, HBV screen |
| | | 9/13/02 noted |
| | | Mental Health: (Assessment)  Other |
| | | Dental: (Screen)  Exam |
| | | Disposition: Mod 1B          MKuumoku |
| 9-11-02 | 1030 | Instructed on access to care. Pt |
| Intake | | HH done; HBV refused. Form signed. Noted to ψ for HSCR clearance; OK from medical aspect. — |
| | | ψ: Pt talks constantly — from one subject to another. Happy → sad. Long ψ hx. States he's been hospitalized numerous times — has had 11 surgeries scars on ® forearm from GSW; GSW to lower back. ® knee surgery. Has a brace on ankle (con't) |

DOC 0413 (06/92)                                     CONFIDENTIAL

# STATE OF HAWAII
## DEPARTMENT OF PUBLIC SAFETY
### MULTIDISCIPLINARY PROGRESS NOTES

NAME: Ellis William
SSN: 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
DOB: 3-19-62

| DATE | TIME | PLAN |
|---|---|---|
| 5-22-02 | 11:45 AM | ψ MD Note |
| | | "I want to take the MMPI-2" |
| | | I/m c̄ ∅ ψ ughts |
| | | Requesting to take MMPI to help his defense. |
| | | Mood "OK"  Affect: Full-Reactive. |
| | | ∅ A/H. ∅ Delusion. |
| | | Denies Suicidality "No way Doctor I be OK, I'm just waiting to get out". |
| OCC 5/22/02 1200 | | A/P: No evidence of Axis I now. |
| | | - ∅ ψ Meds |
| | | - RTC PRN. |
| 9-10-02 | | Medical |
| | | Medical Records Reviewed. Inmate Cleared for transfer to next facility. |
| | | Nurse/PSW's signature |
| | | Psych |
| | | Medical Records Reviewed. Inmate Cleared for transfer to next facility. |
| | | Nurse/PSW's signature |
| 9-10-02 | | **TRANSFERRED TO:** BCF **FROM:** OCCC |

DOC 0413 (6/92)                    CONFIDENTIAL

DPS006

# DEPARTMENT OF PUBLIC SAFETY
## HEALTH CARE DIVISION
### POST ADMISSION MENTAL HEALTH ASSESSMENT

Name: __KOTIS, WILLIAM__  40 y/o  Facility __HSNF - MOD C__  Sex (✓) Male ( ) Female

SID __A0108281__  SSN __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__  DOB: __05-19-62__  Place of Birth __OAHU, HAWAII ?__

(Obtained SSN or ME is from R)

( ) Caucasian ( ) African American ( ) Asian ( ) Pacific Islander ( ) Hawaiian
( ) Part-Hawaiian ( ) Filipino (✓) Hispanic (✓) Other __Unk__
SPANISH, PUERTO RICAN

Current Offense: __MURDER 2°__

Considerations for Interviews
(✓) none
( ) English is second language
( ) Hearing or vision impaired
( ) Wheelchair/other significant mobility problem
( ) Security risk: ____
( ) Other: ____

- CLAIMS SEPT 11 AWAKE FROM A COMA STATE.
- KNEE BROKE, IN NONE

1. How are you feeling? ____   "MISS HIS WIFE"

2. Have you ever had any kind of mental, emotional, or nerve problems? __HEBEPHRENIC__
   Did you get any type of counseling? __YES__ From Whom? __CAN'T REMEMBER__
   What was it for? ____ __FOSTER HOME REFERRAL__
   When and where was it? ____ __1980 LONG BEACH MEDICAL PSYCHIATRIC INSTITUTE__

3. Have you ever taken medicine prescribed for the above conditions? __YES, CLAIMS NEEDED INPATIENT AT HSH.__
   By whom was it prescribed? (✓) Psychiatrist ( ) Physician ( ) Other ____
   Current psychotropic medication __DON'T REMEMBER__   __LI, CLAIMS OF MOOD ?MRS__

4. Have you ever been a patient in a mental hospital? __YES__
   Why? ____ __COURT ORDER__
   When? ____ __'93-'94  '2000 '96__
   Where? ____ __HSH__

5. Has any member of your family ever had mental problems? __NO__  What type? ____ __CLAIMS SON HAS EMOTIONAL PROBLEM__
   __FOSTER MOTHER (NURSE)__

6. Have you ever had a head injury or seizure? ____ __YES, HEAD INJURY - MVA__

7. Have you ever tried to hurt yourself or commit suicide? __YES__  How many times? __=1__  How? __ATTEMPTED TO SHOOT HIMSELF - GUN JAMMED C/O HSH__
   Was medical attention required? ____

8. Have you ever hurt yourself on purpose when you are not trying to commit suicide? __NO__

9. Are you thinking of killing yourself now? ____ __NO__

DOC 0453 (3/99)                    CONFIDENTIAL

1

DPS007

# POST ADMISSION MENTAL HEALTH ASSESSMENT

10. Do you hear things that other people do not hear? (specify) _____ NO

11. Do you see things that other people do not see? (specify) _____ NO

12. Do you believe that you have any special gifts or super powers that others do not have? What kind? _____ "I THINK A LOT OF PEOPLE DO..."

13. What kind of drugs, including alcohol, do you use and how often? _____ DRANK 25-OZ'S OF MARIJUANA TRIED PCP, LSD

14. What was the last grade you completed in school? 12th  Do you have a diploma? YES  GED? ____
    USA? ____ Other? KCC PHYSICAL TRAINING/SPORTS MEDICINE

15. While in school were you ever in special classes? _____ NO

16. Were you ever placed in a juvenile detention center, boys home, or other group home? NO

17. Have you ever been convicted for a sexual offense? _____ NO

18. Have you ever, with little or no provocation, experienced loss of control of yourself that resulted in serious assault to someone or destruction of property? _____ NO

19. Have you ever been a victim of criminal violence? (specify) _____ YES, ROBBED, SHOT AT...

20. Further Diagnostic Evaluation Recommended ( ) yes (✓) no

Reason for Referral:
( ) Displayed symptoms of psychiatric illness
( ) History of mental health treatment
( ) Current suicidal ideation
( ) Prior suicidal gestures
( ) Displayed unusual behavior
( ) Affective distress noted
( ) Unusual nature of offense
( ) High risk for adjustment problems
( ) Other _____

General Comments: INMATE APPROPRIATE THROUGHOUT THE INTERVIEW and MOOD APPEARED POSITIVE TO [illegible] FORM OF TOPIC. HE DENIES ANY HALLUCINATIONS, SUICIDAL THOUGHTS OR INTENT. HE DENIED [illegible] WHEN THINGS ROUGH AND NOT PREP. HE IS [illegible]. HE TALKS TO MOM AND HIS SIBLINGS CALLING HIM. NO PROBLEMS [illegible]. HE IS [illegible] [illegible] TIPS, [illegible] WILL/[illegible] AT THIS TIME.

NAME/TITLE: [signature]  Date: 9-8-12 @ 1415

DOC 0453 (3/99)                    CONFIDENTIAL

2

# STATE OF HAWAII
## DEPARTMENT OF PUBLIC SAFETY

### REFUSAL TO CONSENT TO MEDICAL/SURGICAL/DENTAL TREATMENT/MEDICATION

NAME: Kotis, William    SSN: 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    SID: A0182281

DOB: 3-19-62    FACILITY: HCF    DATE: 9-11-02    TIME: 0925

I, the undersigned patient, refuse the following treatment and/or medication:
Hep B screen, Hep B vaccine

(Describe Treatment and/or Medication)

The risk of refusing treatment or medication has been explained to me and I accept the risk involved. I release the State, the Department, the facility, the Health Care Division, and its medical personnel from any responsibility whatever for any unfavorable reaction, outcome, or any untoward results due to this refusal on my part to accept treatment or medication.

Kotis, William          William Kotis, Jr.          9-11-02
(Print Name of Patient)   (Signature of Patient)*    (Date)

I, the undersigned, have explained to the above named patient the risk involved in refusing treatment or medication recommended for the patient's continued good health.

Mary Tumminetto         [signature] RN              9-11-02
(Print Name)            (Signature & Title)          (Date)

A referral has been made to the attending physician:    YES    NO

I have reviewed this case and if necessary have further counseled this patient on the risk of refusing treatment or medication.

_____    _____    _____
(Print Name of Provider)   (Signature & Title)    (Date)

* If the patient refuses treatment and/or medication and refuses to sign this consent, please have refusal witnessed by another correctional employee.

I have witnessed the above named patient refuse the recommended treatment or medication and I have also witnessed the patient's refusal to sign this consent form.

_____    _____    _____
(Print Name & Title)    (Signature & Title)    (Date)

DOC 0417    (3/95)                                   CONFIDENTIAL

DPS009

**MEDICAL REQUEST**

Date: Oct 9, 02

Name: William Kotis (Print)

Facility: HNCF

(Housing) C-81

Problem: Need to have treatment for my hip and spinal pain. Also need Fiber added to my diet

Signature: William Kotis (Inmate)

Date Received: _____

( ) Appointment Made
( ✓ ) Seen By Nurse

Health Care Staff Signature: [signature] Seen in clinic 11/1/02

Date: Oct 9, 02

Original: HCU Medical Record
Canary: Inmate (Response)
Pink: Inmate (Receipt)

DOC 0450 (4/99)

Original: HCU Medical Record
Canary: Inmate (Response)
Pink: Inmate (Receipt)

DOC 0450 (6/88)

CONFIDENTIAL

DPS010

## MEDICAL REQUEST

Date: 9/22/02

Name: William Kotis (Print)

Facility: HHCF
Module C Bed 2 (Housing)

Problem: Emergency, Left knee needs operation.

Signature: William Kotis (Inmate)

Date: 9/22/02

Date Received: 9/23/02

Health Care Staff Signature: [signature]

( ) Appointment Made
(✓) Seen By Nurse

Date: 9/23/02

Original: HCU Medical Record
Canary: Inmate (Response)
Pink: Inmate (Receipt)

DOC 0450 (4/99)

CONFIDENTIAL

DPS011

# MEDICAL REQUEST

Date: September 16, 02

Name: William Kotis (Print)

Facility: HHCF   C-2 (Housing)

Problem: Need to have my A.C.L. knee-brace (personal) from the Intake Unit. I was informed I needed a nurses approval due to procedures. Please get A.S.A.P. due to the re-constructed hi-graft tore and walking hurts. Thank You and Mahalo

Signature: William Kotis (Inmate)

Date Received: _____

( ✓ ) Appointment Made Clinic
(   ) Seen By Nurse    Date: 9/26/02

Health Care Staff Signature: [signature]   Date: Sept 15, 2002

need MD approval

Original: HCU Medical Record
Canary: Inmate (Response)
Pink: Inmate (Receipt)

DOC 0450 (4/99)

CONFIDENTIAL

SAFETY

DPS012

# MEDICAL REQUEST

Date: Sept. 10, 02

Name: William Kotis (Print)

Facility: HCF

(Housing) 1B4-9

Problem: Need another Memo for my ACL knee brace which currently is at the Intake, they said they shall only hold it for 30 days. I need this brace very urgently until I can get a reconstructive knee surgery.

Signature: William Kotis (Inmate)   Sept. 10, 02 (Date)

Date Received: 9/10/02   ( ) Appointment Made   (✓) Seen By Nurse

Health Care Staff Signature: [signature]   Date: 9/11/02

Original: HCU Medical Record
Canary: Inmate (Response)
Pink: Inmate (Receipt)

DOC 0450 (4/99)

CONFIDENTIAL

DPS013

# STATE OF HAWAII
## DEPARTMENT OF PUBLIC SAFETY

### MEDICAL NEEDS MEMO

Facility: HSNF

TO: Module SGT.

Inmate: Kotis, William

FROM: Medical Unit

Date: 10-25-02

housed in M.d.C-02

May wear "Donjoy" orthopedic knee brace @ all times as needed.

× 3 months.

[signature]

*Do a Health Status Classification Report if this is a signification change in health status.*

Original:   UTM/ACO/Work Supervisor
Canary:    Medical Record
Pink:          Inmate
Goldenrod: Miscellaneous

DOC 0449 (3/95)

Halawa Correctional Facility
Halawa Health Care Services Section
99-902 Moanalua Hwy.

Original: HCU Medical Record
Canary : Inmate (Response)
Pink    : Inmate (Receipt)

C 0450 (6/88)

**CONFIDENTIAL**

DPS014

**STATE OF HAWAII**
**DEPARTMENT OF PUBLIC SAFETY**

Facility: HCF

**INMATE INJURY REPORT**

NAME: Kotis William
SSN: 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
SID: A0182281   DOB: 3-19-62

Date/Time of Report: 1845  11/11/02
Date/Time of Injury: 1835  11/11/02
Place Injury Occurred: _____

Description of events leading to injury by patient/witnesses:   Injury code based on this statement: #3

S- "I got punched on the rt side of my face. #4 on a scale of 10."

Nurse's observations/assessment/treatment of injury. [If this injury will affect transfer, update Form DOC 0497 Health Status Classification Report]

O: alert, mentally responsible male sitting in chair, in no physical or emotional stress. BP 133/80 76 16 02 97. Nasal and facial bones, as well as, jaw bones are intact. No bleeding, redness, swelling or skin tears found. Pt claims pain is about a #4 on scale of 1-10

Physician/Practitioner's Examination of patient:

A- stable c̄ no visible injuries

P- give two tylenol and send back to module.

Disposition:

Nurse's Signature/Title/Date: Mary Gulbert RN BSN 11/11/02
Examining Physician/Practitioner's Signature/Date: [signature] 4/12/02
Reviewed

*Injury codes:
01  Inmate/Industrial
02  Inmate/Recreation
03  Inmate/Inmate (Polaroid photographs required even if no apparent injury.)
04  Inmate/ACO (Polaroid photographs required even if no apparent injury.)
05  Inmate/Self-Inflicted
06  Inmate/Miscellaneous

Original:  Medical Record
Canary:    HIBA (QI Injury Audit/Potential Legal Claim)
Pink:      Institutional Safety Officer

DOC 0422 (3/98)

DPS015
CONFIDENTIAL