AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM J. KOTIS | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 04-00167SOM-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| DEPARTMENT OF PUBLIC SAFETY,<br>STATE OF HAWAII, et al. | July 19, 2006<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

The Court having granted Defendant's Motion for Summary Judgment pursuant to the "Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment" filed May 2, 2006, and this action having come before the Court for a trial by Jury, and the Defense, having then moved the Court for Judgment as a Matter of Law, and the Court, having then granted said motion, IT IS ORDERED AND ADJUDGED that JUDGMENT is entered in favor of the Defendant Cheryl Zembik and against Plaintiff William J. Kotis.

| | |
|---|---|
| _____July 19, 2006_____ | _____SUE BEITIA_____ |
| Date | Clerk |
| | _____*/s/ Bernadette Aurio*_____ |
| | (By) Deputy Clerk |