## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

July 19, 2006

TO ALL COUNSEL

Re: CV 04-00167SOM-KSC
WILLIAM J. KOTIS vs. Department of Public Safety, State of Hawaii, et al.

Dear Sir,

Please be advised that pursuant to Rule 77, FRCP, notice is hereby given that judgment was entered on July 19, 2006.

Sincerely Yours,

SUE BEITIA, CLERK

by: Bernadette Anrio
Deputy Clerk

cc: all counsel