ORIGINAL

MARK J. BENNETT          2672
Attorney General of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 2 1 2006

at _____ o'clock and _____ m _____ M
SUE BEITIA, CLERK

CARON M. INAGAKI        3835
JOHN M. CREGOR, JR.     3521
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone:  (808) 586-1494
Facsimile:   (808) 586-1369
Email: John.M.Cregor@hawaii.gov

Attorney for Defendant
CHERYL ZEMBIK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM KOTIS,<br><br>           Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII DEPT. OF PUBLIC SAFETY, et. al.<br><br>           Defendants. | CIVIL NO. 04-00167 SOM-KSC (Consolidated)<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT CHERYL ZEMBIK'S MOTION FOR NON-JURY TRIAL FILED ON JUNE 16, 2006** |

## NOTICE OF WITHDRAWAL OF DEFENDANT CHERYL ZEMBIK'S MOTION FOR NON-JURY TRIAL FILED ON JUNE 16, 2006

Defendant Cheryl Zembik, by and through their attorneys, Mark J. Bennett,

Attorney General of Hawaii, and John M. Cregor, Jr. and Caron Inagaki, Deputy

Attorneys General, hereby withdraw her Motion for Non-Jury Trial filed on

June 16, 2006 and set for hearing before Judge Susan Oki Mollway on August 28, 2006 at 9:45 a.m.

DATED:     Honolulu, Hawai'i, July 21, 2006.


_____
JOHN M. CREGOR, JR.
Deputy Attorney General

Attorney for Defendant
CHERYL ZEMBIK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

WILLIAM KOTIS,

               Plaintiff,

   vs.

STATE OF HAWAII DEPT. OF
PUBLIC SAFETY, et. al.

               Defendants.

CIVIL NO. 04-00167 SOM-KSC
(Consolidated)

**CERTIFICATE OF SERVICE**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 21, 2006, a copy of the

foregoing document was served on the following at his last known addresses via

U.S. mail, postage prepaid as follows:

        William Kotis #93216-022
        Federal Detention Center
        P. O. Box 30080
        Honolulu, Hawaii  96820

        Plaintiff Pro Se

DATED:  Honolulu, Hawaii, July 21, 2006.

                JOHN M. CREGOR, JR.
                Deputy Attorney General

                Attorney for Defendant
                CHERYL ZEMBIK