cc: SOM
PSA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 07 2006

at 4 o'clock and 30 min A M
SUE BEITIA, CLERK

| William Kotis, Plaintiff vs. STATE of Hawaii Dept. of Public Safety, et. al. Defendants | CIVIL NO. 04-00167 SOM-KSC Consolidated with CIVIL NO. 03-00455 SOM-KSC NOTICE OF JOINT APPEAL (Joint or Consolidated Appeal) |
|---|---|
| Anthony Nesbit, Plaintiff vs. STATE of Hawaii Dept. of Public Safety, et. al. Defendants | Civil No. 03-00455 SOM-KSC consolidated with Civil No. 04-00167 SOM-KSC 1. JOINT NOTICE OF APPEAL (Joint or Consolidated Appeal) 2. Certificate of service |

## JOINT NOTICE OF APPEAL

Comes now Plaintiffs, Anthony Nesbit and William Kotis, pro-se and pursuant to Federal Civil Rule 3 of Title II, moves this court for Notice of Appeal on all the issues in its entirety. Also pursuant to other Federal and State Rules regarding appeals.

1.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| William Kotis<br>Plaintiff<br>vs<br>State of Hawaii, Dept.<br>of Public Safety, et. al. | Civil No. 04-00167 SOM-KSC<br>Consolidated with<br>Civil No. 03-00455 SOM-KSC<br>2. Certificate of Service |
| Anthony Nesbit<br>Plaintiff<br>vs.<br>State of Hawaii, Dept.<br>of Public Safety, et. al.<br>Defendants | Civil No. 03-00455 SOM-KSC<br>Consolidated with<br>Civil No. 04-00167 SOM-KSC<br>2. Certificate of Service<br>1. JOINT or Consolidated Notice of Appeal |

## Certificate of Service

The undersigned hereby certifies on July 26, 2006 a copy of the foregoing document was served on the following at her last known address via U.S. mail from the Honolulu Federal D.C. to...

Attorney General, Dept. of the
Civil Rights Litigation Division
425 Queen Street
Honolulu, Hawaii
96813

Dated July 26, 2006 Honolulu Fed. D.C.
*William Kotis*
William Kotis, Plaintiff Consolidated

2.