NAME: William Kois
NUMBER: 92216-022
FDC HONOLULU  S.H.U.
P.O. BOX 30080
HONOLULU, HI 96820

Legal Mail Confidential

No funds

In the United States District
for the District of Hawaii
Honorable S. Oki - Mollway
300 Ala Moana Blvd. C-338
Honolulu, HI
96850-0338

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004626167
$00.390
AUG 01 2006
MAILED FROM ZIP CODE 38963

Confidential Legal Mail