## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 31, 2006

To All Counsel of Record as Appellees:

    IN RE:    WILLIAM KOTIS vs. STATE OF HAWAII, ET AL.,

              CIVIL NO. 04-00167SOM-KSC & CIVIL NO. 03-00455SOM-KSC (CONSOLIDATED)

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on August 7, 2006.

    All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

cc:    Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
    WILLIAM KOTIS (attorney for appellant)
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**   WILLIAM KOTIS vs. STATE OF HAWAII, ET AL.,

    **U.S. COURT OF APPEALS DOCKET NUMBER:**_____

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 04-00167S0M-KSC &
    CIVIL NO. 03-00455SOM-KSC

II  **DATE NOTICE OF APPEAL FILED:**   August 7, 2006

III  **U.S. COURT OF APPEALS PAYMENT STATUS:**

    DOCKET FEE PAID ON:            AMOUNT:

    NOT PAID YET:                  BILLED:

    U.S. GOVERNMENT APPEAL:        FEE WAIVED:

    WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?

    IF YES, SHOW DATE:             & ATTACH COPY OF ORDER/CJA

    WAS F.P. STATUS REVOKED:       DATE:

    WAS F.P. STATUS LIMITED IN SOME FASHION?

    IF YES, EXPLAIN:

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

    Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)