**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
300 ALA MOANA BOULEVARD, ROOM C-409
HONOLULU, HAWAII 96850

CHAMBERS OF
SUSAN OKI MOLLWAY
UNITED STATES DISTRICT JUDGE

TELEPHONE
(808) 541-1720
FAX (808) 541-1724

## TRANSMITTAL MEMORANDUM

DATE: September 19, 2006

TO: Office of the Clerk
United States Court of Appeals
for the Ninth Circuit
95 Seventh Street
San Francisco, California 94102

FROM: Joni Gross, secretary to
Susan Oki Mollway
United States District Court
300 Ala Moana Blvd., Room C-409
Honolulu, HI 96850

RE: <u>Nesbit, et al. v. Department of Public Safety, et al.; Civ. 04-00167 SOM</u>

We are sending you the following:

| Original | Copies | Dated | Description |
|---|---|---|---|
| | 1 | 09/19/06 | Order re Referral Notice |

( ) For your information
( X ) For your files
( X ) Per your request
( ) Per our conversation
( ) For necessary action

( ) For signature and return
( ) For signature, forwarding as noted below and return
( ) For review and comment
( ) For distribution

REMARKS: