# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 239778 |
|---|---|
| Trans | 145984 |

Received From: **WILLIAM KOTIS**
Case Number:
Reference Number:  CV 04-167 DAE

|  | Check | 6.17 |
|---|---|---|
|  | Total | 6.17 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 6.17 |
|  | **Total** |  | **6.17** |
|  | Tend |  | 6.17 |
|  | Due |  | 0.00 |

06/08/2007 12:56:52 PM        Deputy Clerk: lg/VC