William Kotis A0182281
Saguaro Correctional Center
1250 East Arica Road
Eloy, AZ    85231

USA FIRST-CLASS Forever

PHOENIX AZ 850

25 APR 08 PM 1L

Prince Kuhio Federal Building
chief Clerk of the District Court
of the District of Hawaii
300 Ala Moana Blvd.
Honolulu, Hawaii
96850

legal mail confidential