**United States District Court**
District of Hawaii
300 Ala Moana Boulevard
Honolulu, Hawaii 96850-0229

Pro Se Staff Attorney

April 30, 2008

Mr. William Kotis #A0182281
Saguaro Correctional Center
1250 E. Arica Road
Eloy, AZ 85231

RE: <u>April 29, 2008 Letter to Court</u>

Dear Mr. Kotis:

    Your letter to U.S. Magistrate Judge Kevin S.C. Chang was referred to me. You state that you have a civil and criminal appeal pending with this court and have not been informed of the status of these cases. First, as you have never been tried or convicted in federal court, you therefore do not have any "criminal appeal" pending before this court, or before the Ninth Circuit Court of Appeals. This court has no information concerning your state court criminal proceedings. Your request for trial transcripts, Grand Jury Indictment, police reports, and discovery materials relating to that conviction must be directed to the state court.

    Second, a review of this court's docketing system shows that you have filed two actions in the United States District Court for the District of Hawaii in the past ten years. On August 12, 1996, you filed *Kotis v. Miiki, et al.*, Civ. No. 96-00683. This action was dismissed on October 2, 1996, for your failure to exhaust administrative remedies relating to your claims. A copy of the docket for this case is enclosed with this letter.

    On March 9, 2004, you filed *Kotis v. Dep't of Public Safety, et al.*, Civ. No. 04-00167. This case was later consolidated with *Nesbit v. Dep't of Public Safety, et al.*, Civ. No. 04-00455. On July 31, 2006, judgment was entered in your case, after a bench trial was held. (*See* Doc. No. 195.) On August 7, 2006, Mr. Nesbit and you filed a notice of appeal of your consolidated actions. (Doc. No. 196.) A copy of the docket in this case is also enclosed with this letter.

    Your case, No. 06-16623, has been pending with the Ninth Circuit Court of Appeals since that time. This court has had no further involvement with your action since it has been on appeal. It appears that your appeal was submitted to a screening panel at the Ninth Circuit on

February 13, 2008. A copy of the Ninth Circuit's docket for your case has also been included with this letter.

      Third, you complain that your requests and correspondence to this court have been ignored. You will see from the enclosed docket sheets that you have not corresponded with this court since July 21, 2006, Doc. No. 193. A copy of this letter is enclosed herein for your convenience. Moreover, your recent letter is the first notice you have given to the court concerning your apparent change of address. If you do not update either this court or the appellate court about your changes of address, it will be difficult or impossible for you to receive notices concerning your appeal.

      Finally, you are instructed to direct any further inquiries concerning your appeal to the Ninth Circuit Court of Appeals. You should also notify the appellate court of your change of address.

                                         Sincerely,

                                          Pro Se Staff Attorney

Enclosures