AO85

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

```
For Internal Use Only
Receipt      244029
Trans        151732
```

Received From:   **WILLIAM KOTIS**
Case Number:
Reference Number:   CV 04-167 SOM-KSC

| | | |
|---|---|---|
| Check | | 8.37 |
| Total | | 8.37 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 8.37 |
| | | **Total** | **8.37** |
| | | Tend | 8.37 |
| | | Due | 0.00 |

06/19/2008 03:05:51 PM     Deputy Clerk:   ag/AG