# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 244279 |
|---|---|
| Trans | 152066 |

Received From:   **WILLIAM KOTIS**
Case Number:
Reference Number:   CV 04-167SOM

|  | Check | 8.00 |
|---|---|---|
|  | Total | 8.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 8.00 |
|  |  | **Total** | **8.00** |
|  |  | Tend | 8.00 |
|  |  | Due | 0.00 |

07/14/2008 03:01:50 PM      Deputy Clerk: dt/DT