# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

SEP 02 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| ANTHONY NESBIT,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; JAMES L. PROPOTNICK; FRANK LOPEZ; EDWIN SHIMODA; NOLAN ESPINDA; ERIC TANAKA; RANDY ASHER; SAIA FINAU, ; CINDA SANDIN; MONICA LORTZ; CHERYL ZEMBIK;LYLE KANOA; G SHERIDAN; DAVID APAO ATTORNEY GENERAL OF THE STATE OF HAWAII; DEAPRTMENT OF ACCOUNTING AND GENERAL SERVICES, STATE OF HAWAII; DOE 1-10,<br><br>　　　　Defendants - Appellees. | No.  06-16428<br>D.C. No.  CV-03-00455-SOM<br>District of Hawaii, Honolulu<br><br>**MANDATE**<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>SEP 05 2008<br>at __ o'clock and __ min. __ M.<br>SUE BEITIA, CLERK |
| ANTHONY NESBIT; WILLIAM J. KOTIS,<br><br>　　　　Plaintiffs - Appellants,<br><br>　v.<br><br>DEPARTMENT OF PUBLIC SAFETY, STATE OF HAWAII; TED SAKAI JAMES L. PROPOTNICK; JOHN F. PEYTON; FRANK LOPEZ; EDWIN SHIMODA; NOLAN ESPINDA; | No.  06-16623<br>D.C. No.  CV-03-00455-SOM<br>　　　　04-00167-SOM<br>District of Hawaii, Honolulu<br><br>**MANDATE** |

CLAYTON FRANK; ERIC TANAKA;
RANDY ASHER; GARY KAPLAN;
CINDA SANDIN; CHERYL ZIMBECK,

   Defendants - Appellees.

The judgment of this Court, entered 06/23/2008, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/S/

By: Theresa Benitez
Deputy Clerk