AO 83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| Receipt | 244667 |
|---|---|
| Trans | 152589 |

Received From: **WILLIAM KOTIS**
Case Number:
Reference Number:   CV 04-167 SOM-KSC

|  | Check | 8.00 |
|---|---|---|
|  | Total | 8.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV PRISONER FILING | 5100PL | 1 | 8.00 |
|  |  | **Total** | **8.00** |
|  |  | Tend | 8.00 |
|  |  | Due | 0.00 |

08/21/2008 02:33:15 PM     Deputy Clerk: lg/LG